```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                                    Motion 149-1

          Presiding Judge: John W. Sedwick        MJ Rule:
               Magistrate:                        MJ Stop:
```

```
CASE A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
  BY PLF POONG LIM/PERT JOINT VENTURE EX REL
  MOT for an order excluding the testimony of defendant's expert witness Dr.
                 -DOCUMENT-    -FILED-    -DUE-
      Motion    149 - 1       08/01/05              Pull date
   Opposition   191 - 1       09/02/05   09/02/05   U/A date         09/30/05
        Reply   221 - 1       09/30/05   09/30/05   Presiding Judge  [X] JWS
          R&R                            -HEARING-  Magistrate Judge [ ]
   Request O/A  190 - 1       09/02/05              Other Judge      [ ]
    Req O/A by  DEF DICK PACIFIC/GHEMM JOINT        TRIAL DATE       not set

Order/Action                                        Disc/Sanc        [ ]
      Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 232 - 1 | 10/03/05 | DEF 1-5 Request for Oral Argument re: PLF 1 motion in limine precluding DPG from introducing evidence at trial re: 30(b)(6) depositions (146-1), PLF 1 motion for summary judgment on related claims (146-2), PLF 1 motion to limit testimony of Michael Hanrahan (147-1), PLF 1 motion for summary judgment dismissing home office overhead claims (148-1), PLF 1 motion for an order excluding the testimony of defendant's expert witness Dr. Raymond Tide pursuant to Fed.R.Evid. 702, 703 & Daubert (149-1), PLF 1 motion in limine for an order excluding the testimony of defendant's witness Martin Burchill pursuant to Fed.R.Evid 701 & to exclude documents he prepared (150-1), PLF 1 motion for summary judgment dismissing total cost aspects of Dick Pacific/Ghemm JV's claims (151-1), DEF 1-5 motion in limine re: applicable shop drawing review period (153-1), DEF 1-5 motion to compel discovery responses (154-1), DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for shop drawing/detailing hours as Poong Lim has not incurred damages (157-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1), DEF 1-5 motion for partial summary judgment (160-1). |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                         Motion 149-1

       Presiding Judge: John W. Sedwick      MJ Rule:
             Magistrate:                     MJ Stop:
```

**CASE MANAGEMENT TRACKING CARD NOTES**

```
#146-1, plf mot in limine being tracked separately; ripe 9/30/05.
#146-2, plf mot for sj being tracked separately; ripe 9/30/05.
#147, plf mot to limit testimony granted/denied @ dkt 241.
#148, plf mot for sj being tracked separately; ripe 9/30/05.
#150, plf mot in limine being tracked separately; ripe 9/30/05.
#151, plf mot for sj being tracked separately; ripe 9/30/05.
#153, def mot in limine being tracked separately; ripe 9/30/05.
#154, def mot to compel disc responses being tracked separately; ripe 9/30/05.
#155, def mot to exclude expert testimony being tracked separately; ripe 9/30/05.
#156, def mot to exclude expert testimony being tracked separately; ripe 9/30/05.
#157, def mot for sj being tracked separately; ripe 9/30/05.
#158, def mot for sj being tracked separately; ripe 9/30/05.
#159, def mot for sj being tracked separately; ripe 9/30/05.
#160, def mot for sj being tracked separately; ripe 9/30/05.
#161, def mot for sj being tracked separately; ripe 9/30/05.
#164, plf mot for ord excluding testimony being tracked separately; ripe 9/30/05.
#171, oppo due 8/26/05
#175, oppo due 9/2
#210, reply due 9/23/05.
#214, reply due 9/30/05.
UPDATED CARD 10/4/05 w/dkt 232.
```

**CHAMBERS TRACKING CARD NOTES**

None found