**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**
**A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"**
**Motion 151-1**

Presiding Judge: John W. Sedwick MJ Rule:
Magistrate: MJ Stop:

CASE A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
BY PLF POONG LIM/PERT JOINT VENTURE EX REL
MOT for summary judgment dismissing total cost aspects of Dick Pacific/Ghe

| | DOCUMENT | FILED | DUE | | |
|---|---|---|---|---|---|
| Motion | 151 - 1 | 08/01/05 | | Pull date | |
| Opposition | 197 - 1 | 09/02/05 | 09/02/05 | U/A date | 09/30/05 |
| Reply | 224 - 1 | 09/30/05 | 09/30/05 | Presiding Judge | [X] JWS |
| R&R | | | HEARING | Magistrate Judge | [ ] |
| Request O/A | 232 - 1 | 10/03/05 | | Other Judge | [ ] |
| Req O/A by | DEF DICK PACIFIC/GHEMM JOINT | | | TRIAL DATE | not set |
| Order/Action Status | PENDING | | | Disc/Sanc | [ ] |

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 198 - 1 | 09/02/05 | DEF 1-5 Notice of filing faxed Affidavit of Ronald Young re: oppo to PLF 1 motion for summary judgment dismissing total cost aspects of Dick Pacific/Ghemm JV's claims (151-1). |
| 204 - 1 | 09/08/05 | DEF 1-5 Original Affidavit of R. Young re: oppo to PLF 1 mot for sj dismissing total cost aspects of Dick Pacific/Ghemm JV's clms (151-1). |

**CASE MANAGEMENT TRACKING CARD NOTES**

#146-1, plf mot in limine being tracked separately; ripe 9/30/05.
#146-2, plf mot for sj being tracked separately; ripe 9/30/05.
#147, plf mot to limit testimony granted/denied @ dkt 241.
#148, plf mot for sj being tracked separately; ripe 9/30/05.
#149, plf mot for order excluding testimoney being tracked separately; ripe 9/30/05.
#150, plf mot in limine being tracked separately; ripe 9/30/05.
#153, def mot in limine being tracked separately; ripe 9/30/05.
#154, def mot to compel disc responses being tracked separately; ripe 9/30/05.
#155, def mot to exclude expert testimony being tracked separately; ripe 9/30/05.
#156, def mot to exclude expert testimony being tracked separately; ripe 9/30/05.
#157, def mot for sj being tracked separately; ripe 9/30/05.
#158, def mot for sj being tracked separately; ripe 9/30/05.
#159, def mot for sj being tracked separately; ripe 9/30/05.
#160, def mot for sj being tracked separately; ripe 9/30/05.
#161, def mot for sj being tracked separately; ripe 9/30/05.
#164, plf mot for ord excluding testimony being tracked separately; ripe 9/30/05.
#171, oppo due 8/26/05.
#172, unoppo mot for ext of time to file oppo granted @ dkt 175.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**
**A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"**
**Motion 151-1**

Presiding Judge: John W. Sedwick MJ Rule:
Magistrate: MJ Stop:

#175, oppo due 9/2/05
#210, reply due 9/23/05.
#214, reply due 9/30/05.
UPDATED CARD 10/4/05 w/dkt 232.

**CHAMBERS TRACKING CARD NOTES**

None found