```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                        Motion 153-1

Presiding Judge: John W. Sedwick        MJ Rule:
Magistrate:                             MJ Stop:


CASE A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
  BY DEF DICK PACIFIC/GHEMM JOINT VENTURE et al
  MOT in limine re: applicable shop drawing review period
             ----DOCUMENT----  ---FILED---  ----DUE----
    Motion    153 - 1          08/01/05                   Pull date
 Opposition   178 - 1          09/02/05     09/02/05      U/A date         09/30/05
      Reply   231 - 1          09/30/05     09/30/05      Presiding Judge  [X]  JWS
        R&R                                ----HEARING----  Magistrate Judge [ ]
  Request O/A 232 - 1          10/03/05                   Other Judge      [ ]
  Req O/A by  DEF DICK PACIFIC/GHEMM JOINT                TRIAL DATE       not set

Order/Action                                              Disc/Sanc        [ ]
      Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 234 - 1 | 10/04/05 | PLF 1 Request for Oral Argument re: DEF 1-5 motion in limine re: applicable shop drawing review period (153-1). |

**CASE MANAGEMENT TRACKING CARD NOTES**

#146-1, plf mot in limine being tracked separately; ripe 9/30/05.
#146-2, plf mot for sj being tracked separately; ripe 9/30/05.
#147, plf mot to limit testimony granted/denied @ dkt 241.
#148, plf mot for sj being tracked separately; ripe 9/30/05.
#149, plf mot for order excluding testimoney being tracked separately; ripe 9/30/05.
#150, plf mot in limine being tracked separately; ripe 9/30/05.
#151, plf mot for sj being tracked separately; ripe 9/30/05.
#154, def mot to compel disc responses being tracked separately; ripe 9/30/05.
#155, def mot to exclude expert testimony being tracked separately; ripe 9/30/05.
#156, def mot to exclude expert testimony being tracked separately; ripe 9/30/05.
#157, def mot for sj being tracked separately; ripe 9/30/05.
#158, def mot for sj being tracked separately; ripe 9/30/05.
#159, def mot for sj being tracked separately; ripe 9/30/05.
#160, def mot for sj being tracked separately; ripe 9/30/05.
#161, def mot for sj being tracked separately; ripe 9/30/05.
#164, plf mot for ord excluding testimony being tracked separately; ripe 9/30/05.
#171, oppo due 8/26
#175, oppo due 9/2
#210, reply due 9/23/05.
#214, reply due 9/30/05.
UPDATED CARD 10/4/05 w/dkt 232.
UPDATED CARD 10/5/05 w/dkt 234.

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                        Motion 153-1
```

Presiding Judge: John W. Sedwick       MJ Rule:
     Magistrate:                       MJ Stop:

**CHAMBERS TRACKING CARD NOTES**

None found