```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                                       Motion 157-1

            Presiding Judge: John W. Sedwick        MJ Rule:
                 Magistrate:                        MJ Stop:
```

```
CASE A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
   BY DEF DICK PACIFIC/GHEMM JOINT VENTURE et al
   MOT for summary judgment as to Poong Lim claims for shop drawing/detailing
              ---DOCUMENT---  ---FILED---  ---DUE---
      Motion|  157 - 1     |  08/01/05  |            | Pull date        |
  Opposition|  182 - 1     |  09/02/05  |  09/02/05  | U/A date         | 09/30/05
       Reply|  229 - 1     |  09/30/05  |  09/30/05  | Presiding Judge  | [X] JWS
         R&R|              |            |--HEARING---| Magistrate Judge | [ ]
   Request O/A| 232 - 1    |  10/03/05  |            | Other Judge      | [ ]
    Req O/A by| DEF DICK PACIFIC/GHEMM JOINT         | TRIAL DATE       | not set

Order/Action|                                                    Disc/Sanc | [ ]
      Status| PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 187 - 1 | 09/02/05 | PLF 1 Notice of filing faxed signatures of Affidavits of Jeong Ho Lee, Young Shin Kim, Hee Young Lee re: oppos to DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for shop drawing/detailing hours as Poong Lim has not incurred damages (157-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1), DEF 1-5 motion for partial summary judgment (160-1), DEF 1-5 motion for summary judgment as to PERT damages (161-1). |
| 237 - 1 | 10/04/05 | PLF 1 Request for Oral Argument re: DEF 1-5 motion for summary judgment as to Poong Lim claims for shop drawing/detailing hours as Poong Lim has not incurred damages (157-1). |

**CASE MANAGEMENT TRACKING CARD NOTES**

#146-1, plf mot in limine being tracked separately; ripe 9/30/05.
#146-2, plf mot for sj being tracked separately; ripe 9/30/05.
#147, plf mot to limit testimony granted/denied @ dkt 241.
#148, plf mot for sj being tracked separately; ripe 9/30/05.
#149, plf mot for order excluding testimoney being tracked separately; ripe 9/30/05.
#150, plf mot in limine being tracked separately; ripe 9/30/05.
#151, plf mot for sj being tracked separately; ripe 9/30/05.
#153, def mot in limine being tracked separately; ripe 9/30/05.
#154, def mot to compel disc responses being tracked separately; ripe 9/30/05.

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |
|---|
| A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL" |
| Motion 157-1 |

| Presiding Judge: John W. Sedwick | MJ Rule: |
|---|---|
| Magistrate: | MJ Stop: |

```
#155, def mot to exclude expert testimony being tracked separately; ripe
9/30/05.
#156, def mot to exclude expert testimony being tracked separately; ripe
9/30/05.
#158, def mot for sj being tracked separately; ripe 9/30/05.
#159, def mot for sj being tracked separately; ripe 9/30/05.
#160, def mot for sj being tracked separately; ripe 9/30/05.
#161, def mot for sj being tracked separately; ripe 9/30/05.
#164, plf mot for ord excluding testimony being tracked separately; ripe
9/30/05.
#171, oppo due 8/26/05.
#175, oppo due 9/2
#210, reply due 9/23/05.
#214, reply due 9/30/05.
UPDATED CARD 10/4/05 w/dkt 232.
UPDATED CARD 10/5/05 w/dkt 237.
```

**CHAMBERS TRACKING CARD NOTES**

None found