```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                              Motion 158-1

       Presiding Judge: John W. Sedwick      MJ Rule:
            Magistrate:                      MJ Stop:
```

```
CASE A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
 BY DEF DICK PACIFIC/GHEMM JOINT VENTURE et al
 MOT for summary judgment as to Poong Lim claims for additional compensatio
                ----DOCUMENT------FILED------DUE----
        Motion| 158 -  1  08/01/05                    Pull date
    Opposition| 183 -  1  09/02/05  09/02/05          U/A date    09/30/05
         Reply| 230 -  1  09/30/05  09/30/05    Presiding Judge   [X] JWS
           R&R|                    -HEARING-   Magistrate Judge   [ ]
   Request O/A| 232 -  1  10/03/05                Other Judge    [ ]
     Req O/A by| DEF DICK PACIFIC/GHEMM JOINT         TRIAL DATE  not set

   Order/Action|                                         Disc/Sanc [ ]
         Status| PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 187 - 1 | 09/02/05 | PLF 1 Notice of filing faxed signatures of Affidavits of Jeong Ho Lee, Young Shin Kim, Hee Young Lee re: oppos to DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for shop drawing/detailing hours as Poong Lim has not incurred damages (157-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1), DEF 1-5 motion for partial summary judgment (160-1), DEF 1-5 motion for summary judgment as to PERT damages (161-1). |
| 208 - 1 | 09/09/05 | PLF 1 Notice of filing aff (original) of Young Shin Kim in support of oppo re: DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), affs of Mr. Kim & Mr. Lee in support of oppo to DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), Hee Young Lee aff in support of oppo re: DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors(158-1), both Mr. Kim & Mr. Lee aff in support of oppo re: DEF 1-5 motion for partial summary judgment (160-1) w/att affs. |

```
╔══════════════════════════════════════════════════════════════════╗
║        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA   ║
║     A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL" ║
║                          Motion 158-1                            ║
╠══════════════════════════════════════════════════════════════════╣
║         Presiding Judge: John W. Sedwick      MJ Rule:           ║
║              Magistrate:                      MJ Stop:           ║
╚══════════════════════════════════════════════════════════════════╝
```

213 - 1   09/19/05   PLF 1 Notice of filing original Affidavit of J. Ho Lee re: oppos to DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1) w/att aff.

238 - 1   10/04/05   PLF 1 Request for Oral Argument re: DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1).

**CASE MANAGEMENT TRACKING CARD NOTES**

```
#146-1, plf mot in limine being tracked separately; ripe 9/30/05.
#146-2, plf mot for sj being tracked separately; ripe 9/30/05.
#147, plf mot to limit testimony granted/denied @ dkt 241.
#148, plf mot for sj being tracked separately; ripe 9/30/05.
#149, plf mot for order excluding testimoney being tracked separately; ripe 9/30/05.
#150, plf mot in limine being tracked separately; ripe 9/30/05.
#151, plf mot for sj being tracked separately; ripe 9/30/05.
#153, def mot in limine being tracked separately; ripe 9/30/05.
#154, def mot to compel disc responses being tracked separately; ripe 9/30/05.
#155, def mot to exclude expert testimony being tracked separately; ripe 9/30/05.
#156, def mot to exclude expert testimony being tracked separately; ripe 9/30/05.
#157, def mot for sj being tracked separately; ripe 9/30/05.
#159, def mot for sj being tracked separately; ripe 9/30/05.
#160, def mot for sj being tracked separately; ripe 9/30/05.
#161, def mot for sj being tracked separately; ripe 9/30/05.
#164, plf mot for ord excluding testimony being tracked separately; ripe 9/30/05.
#171, oppo due 8/26/05.
#175, oppo due 9/2
#210, reply due 9/23/05.
#214, reply due 9/30/05.
UPDATED CARD 10/4/05 w/dkt 232.
UPDATED CARD 10/5/05 w/dkt 238.
```

**CHAMBERS TRACKING CARD NOTES**

None found