```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                         Motion 159-1
```

| | |
|---|---|
| Presiding Judge: John W. Sedwick | MJ Rule: |
| Magistrate: | MJ Stop: |

```
CASE A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
  BY DEF DICK PACIFIC/GHEMM JOINT VENTURE et al
  MOT for summary judgment as to Poong Lim's damage claims
            ---DOCUMENT---   ---FILED---   ---DUE---
     Motion    159 - 1       08/01/05                  Pull date
 Opposition    184 - 1       09/02/05     09/02/05     U/A date      09/30/05
      Reply    225 - 1       09/30/05     09/30/05     Presiding Judge  [X] JWS
        R&R                               ---HEARING---Magistrate Judge [ ]
  Request O/A  232 - 1       10/03/05                  Other Judge      [ ]
  Req O/A by   DEF DICK PACIFIC/GHEMM JOINT            TRIAL DATE   not set

 Order/Action                                          Disc/Sanc       [ ]
       Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 166 - 1 | 08/11/05 | DEF 1-5 Errata re: DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1) w/att exh. |
| 169 - 1 | 08/11/05 | DEF 1-5 Errata to Order re: DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1). |
| 187 - 1 | 09/02/05 | PLF 1 Notice of filing faxed signatures of Affidavits of Jeong Ho Lee, Young Shin Kim, Hee Young Lee re: oppos to DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for shop drawing/detailing hours as Poong Lim has not incurred damages (157-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1), DEF 1-5 motion for partial summary judgment (160-1), DEF 1-5 motion for summary judgment as to PERT damages (161-1). |
| 213 - 1 | 09/19/05 | PLF 1 Notice of filing original Affidavit of J. Ho Lee re: oppos to DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1) w/att aff. |

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |
|---|
| A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL" |
| Motion 159-1 |

| Presiding Judge: John W. Sedwick | MJ Rule: |
|---|---|
| Magistrate: | MJ Stop: |

```
240 -   1   10/07/05   DEF 1-5 Errata to rply to Plf's oppo re: DEF 1-5
                       motion for summary judgment as to Poong Lim's damage
                       claims (159-1).
```

**CASE MANAGEMENT TRACKING CARD NOTES**

```
#146-1, plf mot in limine being tracked separately; ripe 9/30/05.
#146-2, plf mot for sj being tracked separately; ripe 9/30/05.
#147, plf mot to limit testimony granted/denied @ dkt 241.
#148, plf mot for sj being tracked separately; ripe 9/30/05.
#149, plf mot for order excluding testimoney being tracked separately; ripe
9/30/05.
#150, plf mot in limine being tracked separately; ripe 9/30/05.
#151, plf mot for sj being tracked separately; ripe 9/30/05.
#153, def mot in limine being tracked separately; ripe 9/30/05.
#154, def mot to compel disc responses being tracked separately; ripe 9/30/05.
#155, def mot to exclude expert testimony being tracked separately; ripe
9/30/05.
#156, def mot to exclude expert testimony being tracked separately; ripe
9/30/05.
#157, def mot for sj being tracked separately; ripe 9/30/05.
#158, def mot for sj being tracked separately; ripe 9/30/05.
#160, def mot for sj being tracked separately; ripe 9/30/05.
#161, def mot for sj being tracked separately; ripe 9/30/05.
#164, plf mot for ord excluding testimony being tracked separately; ripe
9/30/05.
#171, oppo due 8/26/05.
#175, oppo due 9/2
#210, reply due 9/23/05.
#214, reply due 9/30/05.
UPDATED CARD 10/4/05 w/dkt 232.
UPDATED CARD 10/11/05 w/dkt 240.
```

**CHAMBERS TRACKING CARD NOTES**

None found