```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                                  Motion 160-1

          Presiding Judge: John W. Sedwick        MJ Rule:
                Magistrate:                       MJ Stop:
```

```
CASE A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
  BY DEF DICK PACIFIC/GHEMM JOINT VENTURE et al
  MOT for partial summary judgment
               ----DOCUMENT----  ----FILED----  ----DUE----
       Motion   160 -  1          08/01/05                    Pull date
   Opposition   185 -  1          09/02/05       09/02/05     U/A date      09/30/05
        Reply   228 -  1          09/30/05       09/30/05     Presiding Judge [X] JWS
          R&R                                    --HEARING--  Magistrate Judge [ ]
  Request O/A   232 -  1          10/03/05                    Other Judge      [ ]
    Req O/A by  DEF DICK PACIFIC/GHEMM JOINT                  TRIAL DATE    not set

 Order/Action                                                 Disc/Sanc        [ ]
       Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 187 - 1 | 09/02/05 | PLF 1 Notice of filing faxed signatures of Affidavits of Jeong Ho Lee, Young Shin Kim, Hee Young Lee re: oppos to DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for shop drawing/detailing hours as Poong Lim has not incurred damages (157-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1), DEF 1-5 motion for partial summary judgment (160-1), DEF 1-5 motion for summary judgment as to PERT damages (161-1). |
| 208 - 1 | 09/09/05 | PLF 1 Notice of filing aff (original) of Young Shin Kim in support of oppo re: DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), affs of Mr. Kim & Mr. Lee in support of oppo to DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), Hee Young Lee aff in support of oppo re: DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors(158-1), both Mr. Kim & Mr. Lee aff in support of oppo re: DEF 1-5 motion for partial summary judgment (160-1) w/att affs. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                          Motion 160-1

Presiding Judge: John W. Sedwick        MJ Rule:
        Magistrate:                     MJ Stop:
```

**CASE MANAGEMENT TRACKING CARD NOTES**

```
#146-1, plf mot in limine being tracked separately; ripe 9/30/05.
#146-2, plf mot for sj being tracked separately; ripe 9/30/05.
#147, plf mot to limit testimony granted/denied @ dkt 241.
#148, plf mot for sj being tracked separately; ripe 9/30/05.
#149, plf mot for order excluding testimoney being tracked separately; ripe
9/30/05.
#150, plf mot in limine being tracked separately; ripe 9/30/05.
#151, plf mot for sj being tracked separately; ripe 9/30/05.
#153, def mot in limine being tracked separately; ripe 9/30/05.
#154, def mot to compel disc responses being tracked separately; ripe 9/30/05.
#155, def mot to exclude expert testimony being tracked separately; ripe
9/30/05.
#156, def mot to exclude expert testimony being tracked separately; ripe
9/30/05.
#157, def mot for sj being tracked separately; ripe 9/30/05.
#158, def mot for sj being tracked separately; ripe 9/30/05.
#159, def mot for sj being tracked separately; ripe 9/30/05.
#161, def mot for sj being tracked separately; ripe 9/30/05.
#164, plf mot for ord excluding testimony being tracked separately; ripe
9/30/05.
#171, oppo due 8/26/05
#175, oppo due 9/2
#210, reply due 9/23/05.
#214, reply due 9/30/05.
UPDATED CARD 10/4/05 w/dkt 232.
```

**CHAMBERS TRACKING CARD NOTES**

None found