```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                          Motion 164-1

      Presiding Judge: John W. Sedwick      MJ Rule:
            Magistrate:                     MJ Stop:
```

```
CASE A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
   BY PLF POONG LIM/PERT JOINT VENTURE EX REL
 MOT for an order excluding the testimony of defendants' expert witness M.
             --DOCUMENT--   --FILED--   --DUE--
      Motion   164 - 1      08/08/05                Pull date
  Opposition   211 - 1      09/16/05    09/16/05    U/A date    09/30/05
       Reply   222 - 1      09/30/05    09/30/05  Presiding Judge [X] JWS
         R&R                           --HEARING-- Magistrate Judge [ ]
  Request O/A  239 - 1      10/04/05                Other Judge  [ ]
    Req O/A by  PLF POONG LIM/PERT JOINT VENTURE    TRIAL DATE   not set

 Order/Action                                        Disc/Sanc   [ ]
       Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

```
#146-1, plf mot in limine being tracked separately; ripe 9/30/05.
#146-2, plf mot for sj being tracked separately; ripe 9/30/05.
#147, plf mot to limit testimony granted/denied @ dkt 241.
#148, plf mot for sj being tracked separately; ripe 9/30/05.
#149, plf mot for order excluding testimoney being tracked separately; ripe
9/30/05.
#150, plf mot in limine being tracked separately; ripe 9/30/05.
#151, plf mot for sj being tracked separately; ripe 9/30/05.
#152, exhs to the mot @ dkt 164 att to dkt 152.
#153, def mot in limine being tracked separately; ripe 9/30/05.
#154, def mot to compel disc responses being tracked separately; ripe 9/30/05.
#155, def mot to exclude expert testimony being tracked separately; ripe
9/30/05.
#156, def mot to exclude expert testimony being tracked separately; ripe
9/30/05.
#157, def mot for sj being tracked separately; ripe 9/30/05.
#158, def mot for sj being tracked separately; ripe 9/30/05.
#159, def mot for sj being tracked separately; ripe 9/30/05.
#160, def mot for sj being tracked separately; ripe 9/30/05.
#161, def mot for sj being tracked separately; ripe 9/30/05.
#165, notice of filing brf revised to meet 50-page limitation.
#171, oppo due 9/9/05.
#203, oppo due 9/16/05.
#214, reply due 9/30/05.
UPDATED CARD 10/5/05 w/dkt 239.
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
A03-0290--CV (JWS) "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
                        Motion 164-1
```

| Presiding Judge: John W. Sedwick | MJ Rule: |
|---|---|
| Magistrate: | MJ Stop: |

**CHAMBERS TRACKING CARD NOTES**

None found