```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                  "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

              Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 12/15/03
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (130) Miller Act

            Origin: (1) Original Proceeding
            Demand: 5,000
        Filing fee: Paid $150.00 on 12/15/03 receipt # 00122065
          Trial by: Court
```

```
Parties of Record:                            Counsel of Record:

PLF 1.1         POONG LIM/PERT JOINT VENTURE EX       Traeger Machetanz
                REL                                   Oles Morrison et al
                                                      745 W. 4th Avenue, Suite 502
                                                      Anchorage, AK 99501
                                                      907-258-0106

                                                      Julia M.I. Holden
                                                      Oles Morrison et al
                                                      745 W. 4th Avenue, Suite 502
                                                      Anchorage, AK 99501-2136
                                                      907-258-0106
                                                      FAX 907-258-5519

                                                      J. Craig Rusk
                                                      Oles Morrison et al
                                                      701 Pike Street, Suite 1700
                                                      Seattle, WA 98101-3930


                                                      Christopher B. Butler
                                                      Oles Morrison et al
                                                      701 Pike Street, Suite 1700
                                                      Seattle, WA 98101-3930


DEF 1.1         DICK PACIFIC/GHEMM JOINT VENTURE      Bruce E. Davison
                                                      Davison & Davison
                                                      3351 Arctic Boulevard
                                                      Anchorage, AK 99503
                                                      907-563-6555
                                                      FAX 907-562-7873
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0290--CV (JWS)
"POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| | | Joseph A. Pollock |
| | | Davison & Davison Inc |
| | | 3351 Arctic Boulevard |
| | | Anchorage, AK 99503 |
| | | 907-563-6555 |
| | | FAX 907-562-7873 |
| DEF 2.1 | CONTINENTAL CASUALTY CO | Bruce E. Davison (see above) |
| | | Joseph A. Pollock (see above) |
| DEF 3.1 | NATIONAL FIRE INSURANCE CO OF HARTFORD | Bruce E. Davison (see above) |
| | | Joseph A. Pollock (see above) |
| DEF 4.1 | SEABOARD SURETY CO | Bruce E. Davison (see above) |
| | | Joseph A. Pollock (see above) |
| DEF 5.1 | ST PAUL FIRE & MARINE INSURANCE CO | Bruce E. Davison (see above) |
| | | Joseph A. Pollock (see above) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                 "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                               For all filing dates
```

  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 12/15/03
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (130) Miller Act

           Origin: (1) Original Proceeding
           Demand: 5,000
       Filing fee: Paid $150.00 on 12/15/03 receipt # 00122065
         Trial by: Court


 Document #   Filed     Docket text
 ----------   -----     -----------
     1 -  1   12/15/03  Complaint filed; Summons issued.

     2 -  1   01/12/04  DEF 1-5 Attorney Appearance of Bruce E. Davidson and Joseph A. Pollock.

     3 -  1   01/12/04  PLF 1 Return of Service Executed re:DEF 1 (Dick Pacific) on 12/24/03;
                        DEF 1 (Ghemm Co) on 12/26/03; DEF 2 on 12/24/03; DEF 3 on 12/28/03; DEF
                        4 on 12/28/03; and DEF 5 on 12/24/03.

     4 -  1   01/28/04  PLF 1 motion for participation of non-resident attorney Robert G.
                        Campbell w/lcl cnsl Traeger Machetanz w/att exh.

     5 -  1   01/30/04  DEF 1-5 Answer and Counterclaim w/att exhs.

     4 -  2   02/02/04  JWS Order granting mot for participation of non-resident atty Robert G.
                        Campbell to appear and participate (4-1). cc: cnsl, R. Campbell

     6 -  1   02/04/04  JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

     7 -  1   02/11/04  DEF 2 Disclosure Statement.

     8 -  1   02/11/04  DEF 3 Disclosure Statement.

     9 -  1   02/11/04  DEF 5 Disclosure Statement.

    10 -  1   02/11/04  DEF 4 Disclosure Statement.

    11 -  1   02/17/04  PLF 1 Answer (reply) to DEF 1 Counterclaim.

    12 -  1   03/01/04  PLF 1; DEF 1-4  Scheduling and Planning Conference Report.

    13 -  1   03/05/04  JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                        03/31/05; disp mots ddln 05/02/05; 10 day TBC estimate. cc: cnsl

    14 -  1   03/26/04  DEF 1-5 Prel Witness List.

    15 -  1   04/07/04  PLF 1 Notice of taking record deposition w/att exh.

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                    "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                   For all filing dates


 Document #    Filed       Docket text

   16 -   1   05/27/04    PLF 1 motion to compel production of documents pursuant to FED.R. CIV.
                          P. 26(a)(1) (B) w/att exhs.

   17 -   1   06/14/04    DEF 1-5 opposition to PLF 1 motion to compel production of documents
                          pursuant to FED.R. CIV. P. 26(a)(1) (B) (16-1) w/att exhs.

   18 -   1   06/17/04    PLF 1 reply to opposition to PLF 1 motion to compel production of
                          documents pursuant to FED.R. CIV. P. 26(a)(1) (B) (16-1).

   19 -   1   06/22/04    JWS Minute Order granting mot to compel production of docs pursuant to
                          FED.R. CIV. P. 26(a)(1) (16-1); defs to make docs available by 7/12/04;
                          plf may apply for costs by 7/12/04. cc: cnsl

   20 -   1   07/01/04    PLF 1; DEF 1 Stipulation (joint) related to costs associated with
                          plaintiff's motion to compel production of documents.

   20 -   2   07/02/04    JWS Order granting stipulation (joint) related to costs associated with
                          plaintiff's motion (20-1) that def DPG shall pay Poong Lim the sum of
                          $877.50 for costs. Payment will be made w/in 10 days of the court's
                          order comfirming this stip.  cc: cnsl

   21 -   1   07/15/04    Stipulation for protective order.

   22 -   1   07/15/04    DEF 1-5 motion to file 1st amended answer & counterclaim w/att memo and
                          prop 1st amended ans & counterclaim.

   21 -   2   07/16/04    JWS Order approving stip for protective order (21-1). cc: cnsl

   23 -   1   07/16/04    PLF 1 Preliminary joint statement of issues.

   24 -   1   08/11/04    JWS Order granting motion to file 1st amended answer & counterclaim
                          (22-1). cc: cnsl

   25 -   1   08/11/04    DEF 1-5 1st Amended Answer and Counterclaim.

   26 -   1   08/16/04    PLF 1 motion for an order to compel defendant Dick Pacific/Ghemm joint
                          venture to produce documents per court order & for sanctions w/att aff &
                          exhs.

   27 -   1   09/01/04    JWS Minute Order that def require plf to file reply to amended cclm or
                          apply for dft w/i 20 days. cc: cnsl

   28 -   1   09/02/04    DEF 1-5 motion for enlargement of time to file opposition to plaintiff's
                          motion for an order to compel DEF 1 to produce documents per court order
                          & for sanctions w/att aff.

   29 -   1   09/07/04    JWS Order granting mot for enlargement of time to 9/10/04 file oppo to
                          plf's mot for an ord to compel (28-1). cc: cnsl

   30 -   1   09/07/04    PLF 1 Notice of compliance w/crt's 9/1/04 ord.

   31 -   1   09/07/04    PLF 1 Answer (reply) to DEF 1's 1st amended ans & cclm.

   32 -   1   09/09/04    DEF 1-5 motion for enlargement of time until 9/15/04 to file opposition
                          to plaintiff's motion for an order to compel w/att aff.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                         "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 09/13/04 | JWS Order granting mot for enlargement of time until 9/15/04 to file oppo to plf's mot for an ord to compel (32-1). cc: cnsl |
| 34 - 1 | 09/15/04 | DEF 1 oppo to PLF 1 mot for an ord to compel DEF 1 to produce docs per court ord & for sanctions (26-1) w/att exhs. (original located in folder behind file). |
| 35 - 1 | 09/23/04 | PLF 1 reply to opposition to PLF 1 motion for an order to compel defendant Dick Pacific/Ghemm joint venture to produce documents per court order & for sanctions (26-1) w/att aff & exhs. |
| 36 - 1 | 10/14/04 | JWS Minute Order denying motion for an order to compel defendant Dick Pacific/Ghemm joint venture to p (26-1); crt does not expect to see further disc related mots in this case.  cc: cnsl |
| 37 - 1 | 11/23/04 | DEF 1-5 motion for partial summary judgment w/att memo, aff & exhs. |
| 38 - 1 | 11/29/04 | DEF 1-5 Notice of filing orig affidavit of L. Kawamoto re: DEF 1-5 motion for partial summary judgment (37-1) w/att aff. |
| 39 - 1 | 12/07/04 | PLF 1 opposition to DEF 1-5 motion for partial summary judgment (37-1) w/att aff & exhs. (original located in folder behind file) |
| 39 - 2 | 12/07/04 | PLF 1 motion (cross) to strike release defense w/att aff & exhs. (original located in folder behind file) |
| 40 - 1 | 12/09/04 | PLF 1 Notice of filing original aff of J. H. Lee. |
| 41 - 1 | 12/09/04 | PLF 1 Affidavit of J.H.Lee (orig) re: oppo to DEF 1-5 mot for part sj (37-1), PLF 1 mot (cross) to strike release defense (39-2). |
| 42 - 1 | 12/17/04 | DEF 1-5 motion for enlargement of time until 12/28/04 to file reply to opposition to motion for partial summary judgment & cross-motion to strike release defense w/att aff. |
| 43 - 1 | 12/20/04 | JWS Order granting motion for enlargement of time until 12/28/04 to file reply to opposition to partial summary judgment motion & cross-motion to strike defense (42-1). cc: cnsl |
| 44 - 1 | 12/21/04 | Stipulation to extend pretrial ddlns: disc to close 4/21/05; dispositive mots due 5/23/05. |
| 44 - 2 | 12/23/04 | JWS Order approving stip to extend pretrial ddlns: disc to close 4/21/05; dispositive mots ddln 5/23/05 (44-1). cc: cnsl |
| 45 - 1 | 12/28/04 | DEF 1-5 motion for enlargement of time until 1/4/05 to file reply to opposition to defendants' partial summary judgment motion w/att aff. |
| 46 - 1 | 12/29/04 | JWS Order granting mot for enlargement of time until 1/4/05 to file reply to oppo to defs' part sj mot & cross-mot to strike (45-1); no further extensions. cc: cnsl |
| 47 - 1 | 01/04/05 | DEF 1-5 reply to opposition to DEF 1-5 motion for partial summary judgment (37-1) w/att exhs. |
| 47 - 2 | 01/04/05 | DEF 1-5 opposition to PLF 1 motion (cross) to strike release defense (39-2) w/att exhs. |

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                        "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                        For all filing dates

Document #    Filed      Docket text


   48  -  1   01/07/05   PLF 1; DEF 1 Stipulation (2nd) to extend pretrial deadlines: disc to
                         close 5/31/05; dispositive mot ddln 7/1/05.

   49  -  1   01/11/05   DEF 1-5 motion to dismiss 2nd claim for relief w/att memo & exhs.

   50  -  1   01/12/05   DEF 1-5 motion for summary judgment re: indemnity w/att memo & exhs.

   51  -  1   01/13/05   PLF 1 reply to opposition to PLF 1 motion (cross) to strike release
                         defense (39-2).

   52  -  1   01/13/05   PLF 1 Request for Oral Argument re: DEF 1-5 mot for part sj (37-1), PLF
                         1 mot (cross) to strike release defense (39-2).

   53  -  1   01/13/05   PLF 1 opposition to DEF 1-5 motion to dismiss 2nd claim for relief
                         (49-1).

   48  -  2   01/18/05   JWS Order approving stip (2nd) to extend pretrial ddlns: disc to close
                         5/31/05; disp mot ddln is 7/1/05 (48-1). cc: cnsl

   54  -  1   01/19/05   DEF 1-5 reply to opposition to DEF 1-5 motion to dismiss 2nd claim for
                         relief (49-1).

   55  -  1   01/27/05   PLF 1 opposition to DEF 1-5 motion for summary judgment (50-1) w/att
                         aff/exhs.

   56  -  1   02/01/05   PLF 1 Notice of w/d of R. Campbell(co-cnsl).

   57  -  1   02/01/05   DEF 1-5 motion for summary judgment re: dismissal of claims in excess of
                         contract balance w/att memo & exhs.

   58  -  1   02/04/05   DEF 1-5 motion for enlargement of time until 2/11/05 to file reply to
                         opposition to motion for summary judgment re: indemnity.

   59  -  1   02/07/05   DEF 1-5 motion for summary judgment re: dismissal of shop drawing review
                         delay claims w/att memo & exhs.

   60  -  1   02/09/05   JWS Order granting mot for enlargement of time until 2/11/05 to file
                         reply to oppo to mot for sj re: indemnity (58-1). cc: cnsl

   61  -  1   02/09/05   PLF 1 Notice of change of cnsl.  Ms Holden will be assuming
                         responsibility for this litigation.

   62  -  1   02/11/05   DEF 1-5 motion for 2nd enlargement of time until 2/16/05 to file reply
                         to plaintiff's opposition to motion for summary judgment re: indemnity
                         w/att aff.

   63  -  1   02/14/05   JWS Order granting mot for 2nd enlargement of time until 2/16/05 to file
                         reply to plf's oppo to mot for sj re: indemnity (62-1); no further
                         enlargement will be granted. cc: cnsl

   64  -  1   02/16/05   DEF 1-5 reply to opposition to DEF 1-5 motion for summary judgment re:
                         indemnity (50-1).

   65  -  1   02/18/05   PLF 1 opposition to DEF 1-5 motion for summary judgment re: dismissal of
                         claims in excess of contract balance (57-1).

   66  -  1   02/18/05   PLF 1 Affidavit in support of oppo re: DEF 1-5 mot for sj re: dismissal
                         of claims in excess of contract balance (57-1) w/att exhs. (original

ACRS: R_VDSDX                      As of 12/01/05 at 3:12 PM by GARRY                        Page 4
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                        "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | located in folder behind file) |
| 67 - 1 | 02/18/05 | PLF 1 motion for participation of non-resident attorney, J. Craig Rusk, to appear w/att aff & exh. |
| 68 - 1 | 02/22/05 | JWS Minute Order setting o/a on mot for sj @ dkt 37 & cross-mot to strike defense @ dkt 39 on 3/1/05 @ 9:30 a.m.; each side limited to 15 minutes. cc: cnsl |
| 69 - 1 | 02/22/05 | JWS Preliminary Order re: mots @ dkts 37 & 39 should be denied & granted, respectively. cc: cnsl |
| 70 - 1 | 02/22/05 | PLF 1 motion for extension of time until 3/11/05 to file opposition to defendants' motion for summary judgment relating to failure to exhaust administrative remedies w/att aff. |
| 71 - 1 | 02/24/05 | JWS Order granting mot for participation of non-resident atty, J. Craig Rusk, to appear (67-1). cc: cnsl, J. Rusk |
| 72 - 1 | 02/24/05 | JWS Order granting mot for ext of time until 3/11/05 to file oppo to defs' mot for sj re: failure to exhaust administrative remedies (70-1). cc: cnsl |
| 73 - 1 | 02/28/05 | PLF 1 Notice of compliance re: ddln for exchange of expert rpts. |
| 74 - 1 | 02/28/05 | DEF 1-5 Notice of svc of expert wit rpts. |
| 75 - 1 | 02/28/05 | DEF 1-5 Expert Witness List. |
| 76 - 1 | 02/28/05 | DEF 1-5 motion for enlargement of time until 3/11/05 to file reply to opposition to motion for summary judgment w/att aff. |
| 77 - 1 | 03/01/05 | JWS Court Minutes [ECR: Denali Elmore] re: o/a held 3/1/05 on mot for part sj & cross-mot to strike defense; taking under advisement mot for part sj (37-1), mot (cross) to strike release defense (39-2); written ruling to iss. |
| 78 - 1 | 03/02/05 | JWS Order granting mot for enlargement of time until 3/11/05 to file reply to oppo to mot for sj re: clms in excess (76-1). |
| 79 - 1 | 03/11/05 | PLF 1 opposition to DEF 1-5 motion for summary judgment re: dismissal of shop drawing review delay claims (59-1) w/att aff & exhs. (original in folder behind file) |
| 80 - 1 | 03/11/05 | PLF 1 Notice of filing fax signature on T. Machetanz' aff in support of oppo to mot for sj dated 3/11/05. |
| 81 - 1 | 03/11/05 | DEF 1-5 reply to opposition to DEF 1-5 motion for summary judgment re: dismissal of claims in excess of contract balance (57-1) w/att exhs. [EXHS 3 & 4 STRICKEN BY ORDER @ DKT 110] |
| 82 - 1 | 03/14/05 | PLF 1 Notice of filing original aff of T. Machetanz. |
| 83 - 1 | 03/14/05 | PLF 1 Affidavit of T. Machetanz in support of oppo re: DEF 1-5 motion for summary judgment re: dismissal of shop drawing review delay claims (59-1). |
| 84 - 1 | 03/15/05 | DEF 1-5 motion for enlargement of time until 4/13/05 to file reply to opposition to motion for summary judgment w/att aff. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                    "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                   For all filing dates

Document #     Filed      Docket text


   85 -   1   03/17/05    JWS Order granting mot for enlargement of time until 4/13/05 to file
                          reply to opposition to mot for sj (84-1); no further ext allowed. cc:
                          cnsl

   86 -   1   03/17/05    PLF 1 Request for Oral Argument re: DEF 1-5 motion for summary judgment
                          re: dismissal of claims in excess of contract balance (57-1).

   87 -   1   03/21/05    PLF 1 motion to strike exhibits 3 & 4 to DPG's reply brief in support of
                          its motion for summary judgment w/att memo, aff & exhs.

   88 -   1   03/24/05    JWS Order denying motion for partial summary judgment (37-1); crt will
                          treat motion to strike as a cross-motion for partial summary judgment,
                          motion granted (39-2). cc: cnsl

   89 -   1   03/29/05    PLF 1 motion to compel production of employee evaluations w/att
                          memo/exh.

   90 -   1   03/29/05    DEF 1-5 Witness List.

   91 -   1   03/29/05    PLF 1 Preliminary Witness List.

   92 -   1   03/30/05    PLF 1 Supplemental Witness List.

   93 -   1   04/04/05    JWS Order denying motion to dismiss 2nd claim for relief (49-1). cc:
                          cnsl

   94 -   1   04/05/05    DEF 1-5 motion to accept affidavits in support of reply to plaintiff's
                          opposition to motion for summary judgment w/att memo, affs & exhs.

   94 -   2   04/05/05    DEF 1-5 opposition to PLF 1 motion to strike exhibits 3 & 4 to DPG's
                          reply brief in support of its motion for summary judgment (87-1) w/att
                          memo, aff & exhs.

   95 -   1   04/06/05    PLF 1 Notice of filing original signature(affidavit of Julia Holden).

   96 -   1   04/06/05    PLF 1 Affidavit of Julia Holden (original) re: PLF 1 motion to compel
                          production of employee evaluations (89-1).

   97 -   1   04/07/05    PLF 1 Notice of withdrawal of mot to compel production of employee
                          evaluations.

   97 -   2   04/08/05    Clerk's Notice withdrawing motion to compel production of employee
                          evaluations (89-1).

   98 -   1   04/11/05    DEF 1-5 Notice of filing original aff of Martin Burchill filed on 4/5/05
                          w/att aff.

   99 -   1   04/13/05    DEF 1-5 motion to accept overlength reply w/att prop reply.

  100 -   1   04/18/05    JWS Order granting motion to accept overlength reply (99-1). cc: cnsl

  101 -   1   04/18/05    DEF 1-5 reply to opposition to DEF 1-5 motion for summary judgment re:
                          dismissal of shop drawing review delay claims (59-1) w/att exhs.

  102 -   1   04/18/05    PLF 1 Request for Oral Argument re: DEF 1-5 motion for summary judgment
                          re: dismissal of shop drawing review delay claims (59-1).
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                   "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                  For all filing dates


 Document #    Filed       Docket text

   103 -   1   04/19/05    DEF 1-5 Notice of service of expert witness rebuttal reports.

   104 -   1   04/20/05    PLF 1 Notice of compliance (expert report rebuttals).

   105 -   1   04/26/05    PLF 1 motion to accept late reply in support of motion to strike &
                           opposition to motion to supplement w/att prop reply.

   106 -   1   04/27/05    JWS Order granting mot to accept late reply in support of mot to strike
                           & oppo to mot to suppl (105-1). cc: cnsl

   107 -   1   04/27/05    PLF 1 reply to opposition to PLF 1 motion to strike exhibits 3 & 4 to
                           DPG's reply brief in support of its motion for summary judgment (87-1)
                           w/att exhs.

   107 -   2   04/27/05    PLF 1 opposition to DEF 1-5 motion to accept affidavits in support of
                           reply to plaintiff's opposition to motion for summary judgment (94-1)
                           w/att exhs.

   108 -   1   04/28/05    DEF 1-5 reply to opposition to DEF 1-5 motion to accept affidavits in
                           support of reply to plaintiff's opposition to motion for summary
                           judgment (94-1).

   109 -   1   04/29/05    PLF 1 motion to strike exhibit (affidavit of Martin Burchill) in
                           defendant's reply to opposition to motion for summary judgment re:
                           dismissal of shop drawing review delay claims.

   110 -   1   05/02/05    JWS Minute Order granting mot to strike exhs 3 & 4 to DPG's reply brief
                           in support of its mot (87-1). cc: cnsl

   111 -   1   05/04/05    PLF 1 Notice of filing orig aff of S. schwartz re: rply to oppo re: PLF
                           1 motion to strike exhibits 3 & 4 to DPG's reply brief in support of its
                           motion for summary judgment(87-1), oppo re: DEF 1-5 motion to accept
                           affidavits in support of reply to plaintiff's opposition to motion for
                           summary judgment(94-1) w/att aff.

   112 -   1   05/05/05    JWS Order denying motion for summary judgment re: indemnity (50-1). cc:
                           cnsl

   113 -   1   05/05/05    DEF 1-5 motion for reconsideration of 5/2/05 order w/att memo & exh.

   114 -   1   05/09/05    DEF 1-5 opposition to PLF 1 motion to strike exhibit (affidavit of
                           Martin Burchill) in defendant's reply to opposition to motion for
                           summary judgment re: dismissal of shop drawing review delay claims
                           (109-1).

   115 -   1   05/10/05    JWS Minute Order denying mot to accept affs in support of reply to plf's
                           oppo to mot for sj (94-1). cc: cnsl

   116 -   1   05/10/05    JWS Minute Order denying motion for reconsideration of 5/2/05 order
                           (113-1). cc: cnsl

   117 -   1   05/12/05    PLF 1 Joint motion for discovery conference.

   118 -   1   05/16/05    JWS Order granting joint mot for disc conf (117-1); disc conf set
                           5/18/05 @ 8:00 a.m.. cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                    "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                   For all filing dates


 Document #   Filed       Docket text

   119 -  1  05/18/05    JWS Court Minutes [ECR: Robin Carter] Re: disc conf (held 5/18/05); disc
                         extended to 6/30/05; disc mots and disp mots due 30 days beyond that
                         date. cc: cnsl

   120 -  1  05/23/05    JWS Minute Order that plf file w/crt signed verification pages for exh C
                         & D at dkt 66 w/i 15 days. cc: cnsl

   121 -  1  05/25/05    PLF 1 motion to compel production w/att memo, aff & exhs.

   122 -  1  05/26/05    PLF 1 Notice of filing signed verification pages for exhs C & D of the
                         aff to oppo re: DEF 1-5 motion for summary judgment re: dismissal of
                         claims in excess of contract balance (57-1) w/att verification pages.

   123 -  1  05/26/05    DEF 1-5 motion for enlargement of time to file responses to plaintiff's
                         discovery requests w/att aff.

   124 -  1  06/06/05    PLF 1 non-opposition to DEF 1-5 motion for enlargement of time to file
                         responses to plaintiff's discovery requests (123-1).

   125 -  1  06/07/05    JWS Order granting motion for enlargement of time until 6/10/05 to file
                         responses to plaintiff's discovery request (123-1).  cc: cnsl

   126 -  1  06/07/05    DEF 1 motion for clarification of pretrial deadlines.

   127 -  1  06/08/05    DEF 1-5 motion for enlargement of time until 6/20/05 to file opposition
                         to plaintiff's motion to compel.

   128 -  1  06/09/05    JWS Minute Order O/A will be held on the mot for sj at dkt 57 at 8:30 AM
                         6/17/05.  cc: cnsl

   129 -  1  06/10/05    JWS Minute Order granting motion for clarification of pretrial deadlines
                         (126-1); references to ddlns for final witness/exh lits, objs to witness
                         or exh lists & contested issues of fact & law in the approved scheduling
                         stipulations are VACATED; matters will be addressed as necessary in the
                         trial setting odr. cc: cnsl

   130 -  1  06/10/05    JWS Preliminary Order of crt's tentative conclusion re summary judgment
                         motion at docket 57. cc: cnsl

   131 -  1  06/10/05    JWS Order granting motion for enlargement of time until 6/20/05 to file
                         opposition to plaintiff's to compel (127-1); no further ext will be
                         granted. cc: cnsl

   132 -  1  06/10/05    DEF 1-5 motion for enlargement of time to file responses to plaintiff's
                         discovery requests w/att aff.

   133 -  1  06/15/05    JWS Order granting mot for enlargement of time until 6/17/05 to file
                         responses to plf's disc reqs (132-1). cc: cnsl

   134 -  1  06/15/05    PLF 1 conditional non-opposition to DEF 1-5 motion for enlargement of
                         time to file responses to plaintiff's discovery requests (132-1).

   135 -  1  06/17/05    JWS Court Minutes [ECR: Robin Carter] Re: O/A on defs'mot for sj (dkt57)
                         (held 6/17/05); matter taken under advisement; written ruling to issue.
                         cc: cnsl


ACRS: R_VDSDX              As of 12/01/05 at 3:12 PM by GARRY                        Page 8
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
           "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                           For all filing dates


Document #    Filed      Docket text

   136 -  1  06/20/05    JWS Order granting/denying motion for summary judgment re: dismissal of
                         claims in excess of contract balance (57-1). cc: cnsl

   137 -  1  06/20/05    DEF 1-5 opposition to PLF 1 motion to compel production (121-1) w/att
                         exhs.

   138 -  1  06/20/05    DEF 1-5 motion to file documents under seal for in camera review w/att
                         exh.

   139 -  1  06/20/05    DEF 1-5 Privelege log of M. Jens & R. Tide re: oppo to PLF 1 mot to
                         compel production (121-1).

   140 -  1  07/01/05    PLF 1 opposition to DEF 1-5 motion to file documents under seal for in
                         camera review (138-1).

   141 -  1  07/01/05    PLF 1 reply to opposition to PLF 1 motion to compel production (121-1)
                         w/att exhs.

   142 -  1  07/06/05    DEF 1-5 reply to opposition to DEF 1-5 motion to file documents under
                         seal for in camera review (138-1).

   143 -  1  07/18/05    JWS Minute Order denying mot to strike exh (aff of M. Burchill) in def's
                         reply (109-1). cc: cnsl

   144 -  1  07/29/05    DEF 1-5 motion to file supplemental materials in support of summary
                         judgment at docket 59 w/att memo & suppl exh.

   145 -  1  08/01/05    JWS Order granting motion to file suppl materials in support of sj
                         (144-1). cc: cnsl

   146 -  1  08/01/05    PLF 1 motion in limine precluding DPG from introducing evidence at trial
                         re: 30(b)(6) depositions w/att exhs. (original in folder behind file)

   146 -  2  08/01/05    PLF 1 motion for summary judgment on related claims w/att exhs.
                         (original in folder behind file)

   147 -  1  08/01/05    PLF 1 motion to limit testimony of Michael Hanrahan w/att exh.

   148 -  1  08/01/05    PLF 1 motion for summary judgment dismissing home office overhead claims
                         w/att exhs.

   149 -  1  08/01/05    PLF 1 motion for an order excluding the testimony of defendant's expert
                         witness Dr. Raymond Tide pursuant to Fed.R.Evid. 702, 703 & Daubert
                         w/att exhs. (original in folder behind file)

   150 -  1  08/01/05    PLF 1 motion in limine for an order excluding the testimony of
                         defendant's witness Martin Burchill pursuant to Fed.R.Evid 701 & to
                         exclude documents he prepared w/att exhs. (original in folder behind
                         file)

   151 -  1  08/01/05    PLF 1 motion for summary judgment dismissing total cost aspects of Dick
                         Pacific/Ghemm JV's claims w/att exhs. (original in folder behind file)

   152 -  1  08/01/05    PLF 1 motion to accept overlength brief w/att prop mot for ord excluding
                         testimony of M. Jens. (original mot & prop mot in folder behind file)


ACRS: R_VDSDX              As of 12/01/05 at 3:12 PM by GARRY                        Page 9
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                      "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                    For all filing dates


Document #    Filed       Docket text

  153 -   1   08/01/05    DEF 1-5 motion in limine re: applicable shop drawing review period w/att
                          memo & exhs. (original in folder behind file)

  154 -   1   08/01/05    DEF 1-5 motion to compel discovery responses w/att memo & exhs.
                          (original in folder behind file)

  155 -   1   08/01/05    DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz w/att
                          memo & exhs. (original in folder behind file)

  156 -   1   08/01/05    DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor
                          costs w/att memo & exhs.

  157 -   1   08/01/05    DEF 1-5 motion for summary judgment as to Poong Lim claims for shop
                          drawing/detailing hours as Poong Lim has not incurred damages w/att
                          memo, aff & exhs.

  158 -   1   08/01/05    DEF 1-5 motion for summary judgment as to Poong Lim claims for
                          additional compensation for alleged additional hours by shop labor
                          subcontractors w/att  memo, aff & exhs.

  159 -   1   08/01/05    DEF 1-5 motion for summary judgment as to Poong Lim's damage claims
                          w/att memo, aff & exhs.

  160 -   1   08/01/05    DEF 1-5 motion for partial summary judgment w/att memo, aff & exhs.
                          (original in folder behind file)

  161 -   1   08/01/05    DEF 1-5 motion for summary judgment as to PERT damages w/att memo, aff &
                          exhs.

  162 -   1   08/03/05    JWS Order denying mot for sj re: dismissal of shop drawing review delay
                          claims (59-1) w/leave to renew. cc: cnsl

  163 -   1   08/03/05    JWS Minute Order denying motion to accept overlength brief (152-1); plf
                          has 10 days to file revised brf not to exceed 50 pages; clk to not
                          return original lodged brf so crt has access to exhs. cc: cnsl

  164 -   1   08/08/05    PLF 1 motion for an order excluding the testimony of defendants' expert
                          witness Michael Jens pursuant to Fed.R.Evid. 702, 703 & Daubert.

  165 -   1   08/08/05    PLF 1 Notice of filing brf revised to meet 50-page limitation.

  166 -   1   08/11/05    DEF 1-5 Errata re: DEF 1-5 motion for summary judgment as to Poong Lim's
                          damage claims (159-1) w/att exh.

  167 -   1   08/11/05    DEF 1-5 Errata re: DEF 1-5 motion to exclude expert testimony of Stephen
                          C. Schwartz (155-1).

  168 -   1   08/11/05    DEF 1-5 Errata re: DEF 1-5 motion to exclude expert testimony of Jordan
                          Rosenfeld re: labor costs (156-1) w/att exh.

  169 -   1   08/11/05    DEF 1-5 Errata to Order re: DEF 1-5 motion for summary judgment as to
                          Poong Lim's damage claims (159-1).

  170 -   1   08/12/05    DEF 1-5 Unopposed motion for extension of time until 8/26/05 to file
                          oppositions to the pending motions at dkts 146-161. Oppo to plf's motion
                          at dkt 152 is due by 9/9/05.


ACRS: R_VDSDX              As of 12/01/05 at 3:12 PM by GARRY                    Page 10
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                      "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                    For all filing dates


 Document #    Filed     Docket text

   171 -  1   08/18/05   JWS Order granting unopposed motion for extension of time until 8/26/05
                         to file oppositions to plf's mots as listed in the motion & the oppo to
                         plf's motion to exclude testimony of M. Jens is due by 9/9/05.  Plf's
                         oppo to def's mots is due 8/26/05 (170-1).    cc: cnsl

   172 -  1   08/26/05   DEF 1-5 Unopposed motion for ext of time to file oppo briefs to pending
                         motions.

   173 -  1   08/26/05   DEF 1-5 Errata re: unopposed motion for ext of time to file oppo briefs
                         to pending motions (172-1).

   174 -  1   08/29/05   JWS Order granting/denying motion to compel production (121-1);
                         terminating in light of this order: motion to file documents under seal
                         for in camera review (138-1). cc: cnsl

   175 -  1   08/31/05   RRB Order granting unopposed motion for ext of time to 9/2 to file oppo
                         briefs to pending motion (172-1). cc: cnsl

   176 -  1   08/31/05   DEF 2-5 Notice  of compliance w/crt discovery order.

   177 -  1   09/02/05   DEF 1-5 motion (request) for clarification of order at docket 174 w/att
                         exh.

   178 -  1   09/02/05   PLF 1 opposition to DEF 1-5 motion in limine re: applicable shop drawing
                         review period (153-1) w/att aff & exhs.

   179 -  1   09/02/05   PLF 1 opposition to DEF 1-5 motion to exclude expert testimony of
                         Stephen C. Schwartz (155-1) w/att aff & exhs.

   180 -  1   09/02/05   PLF 1 opposition to DEF 1-5 motion to compel discovery responses (154-1)
                         w/att exhs. (original in folder behind file)

   181 -  1   09/02/05   PLF 1 opposition to DEF 1-5 motion to exclude expert testimony of Jordan
                         Rosenfeld re: labor costs (156-1) w/att aff & exhs.

   182 -  1   09/02/05   PLF 1 opposition to DEF 1-5 motion for summary judgment as to Poong Lim
                         claims for shop drawing/detailing hours as Poong Lim has not incurred
                         damages (157-1) w/att aff & exhs.

   183 -  1   09/02/05   PLF 1 opposition to DEF 1-5 motion for summary judgment as to Poong Lim
                         claims for additional compensation for alleged additional hours by shop
                         labor subcontractors (158-1) w/att aff & exhs. (original in folder
                         behind file)

   184 -  1   09/02/05   PLF 1 opposition to DEF 1-5 motion for summary judgment as to Poong
                         Lim's damage claims (159-1) w/att aff & exhs. (original in folder behind
                         file)

   185 -  1   09/02/05   PLF 1 opposition to DEF 1-5 motion for partial summary judgment (160-1)
                         w/att aff & exhs.

   186 -  1   09/02/05   PLF 1 opposition to DEF 1-5 motion for summary judgment as to PERT
                         damages  (161-1) w/att aff & exhs.

   187 -  1   09/02/05   PLF 1 Notice of filing faxed signatures of Affidavits of Jeong Ho Lee,
                         Young Shin Kim, Hee Young Lee re: oppos to DEF 1-5 motion to exclude
                         expert testimony of Stephen C. Schwartz (155-1), DEF 1-5 motion to

 ACRS: R_VDSDX                 As of 12/01/05 at 3:12 PM by GARRY                      Page 11
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
"POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for shop drawing/detailing hours as Poong Lim has not incurred damages (157-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1), DEF 1-5 motion for partial summary judgment (160-1), DEF 1-5 motion for summary judgment as to PERT damages (161-1). |
| 188 - 1 | 09/02/05 | DEF 1-5 opposition to PLF 1 motion for summary judgment dismissing home office overhead claims w/att exhs. (148-1) w/att exhs. (original in folder behind file) |
| 189 - 1 | 09/02/05 | DEF 1-5 Notice of filing faxed Affidavit of Ronald Young re: oppo to PLF 1 motion for summary judgment dismissing home office overhead claims (148-1). |
| 190 - 1 | 09/02/05 | DEF 1-5 Request for Oral Argument re: PLF 1 motion for an order excluding the testimony of defendant's expert witness Dr. Raymond Tide pursuant to Fed.R.Evid. 702, 703 & Daubert (149-1). |
| 191 - 1 | 09/02/05 | DEF 1-5 opposition to PLF 1 motion for an order excluding the testimony of defendant's expert witness Dr. Raymond Tide pursuant to Fed.R.Evid. 702, 703 & Daubert (149-1) w/att exhs. (original in folder behind file) |
| 192 - 1 | 09/02/05 | DEF 1-5 opposition to PLF 1 motion in limine for an order excluding the testimony of defendant's witness Martin Burchill pursuant to Fed.R.Evid 701 & to exclude documents he prepared (150-1) w/att affs & exhs. |
| 193 - 1 | 09/02/05 | DEF 1-5 Notice of filing faxed Affidavit of Dan Mika re: oppo to PLF 1 motion in limine for an order excluding the testimony of defendant's witness Martin Burchill pursuant to Fed.R.Evid 701 & to exclude documents he prepared (150-1). |
| 194 - 1 | 09/02/05 | DEF 1-5 Notice of filing faxed Affidavit of M. Burchill re: oppo to PLF 1 motion in limine for an order excluding the testimony of defendant's witness Martin Burchill pursuant to Fed.R.Evid 701 & to exclude documents he prepared (150-1). |
| 195 - 1 | 09/02/05 | DEF 1-5 Request for Oral Argument re: PLF 1 motion in limine for an order excluding the testimony of defendant's witness Martin Burchill pursuant to Fed.R.Evid 701 & to exclude documents he prepared (150-1). |
| 196 - 1 | 09/02/05 | DEF 1-5 opposition to PLF 1 motion to limit testimony of Michael Hanrahan (147-1) w/att aff & exhs. |
| 197 - 1 | 09/02/05 | DEF 1-5 opposition to PLF 1 motion for summary judgment dismissing total cost aspects of Dick Pacific/Ghemm JV's claims (151-1) w/att exhs. (original in folder behind file) |
| 198 - 1 | 09/02/05 | DEF 1-5 Notice of filing faxed Affidavit of Ronald Young re: oppo to PLF 1 motion for summary judgment dismissing total cost aspects of Dick Pacific/Ghemm JV's claims (151-1). |
| 199 - 1 | 09/02/05 | DEF 1-5 opposition to PLF 1 motion in limine precluding DPG from introducing evidence at trial re: 30(b)(6) depositions (146-1), PLF 1 motion for summary judgment on related claims (146-2) w/att exhs. (original in folder behind file) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                  "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                For all filing dates

Document #    Filed       Docket text

  200 -  1   09/07/05    JWS Minute Order granting mot (req) for clarification of ord @ dkt 174
                         (177-1). cc: cnsl

  201 -  1   09/08/05    PLF 1 oppo (response) to DEF 1-5 mot (req) for clarification of ord @
                         dkt 174 (177-1).

  202 -  1   09/08/05    DEF 1-5 Original Affidavits of M. Burchill & D. Mika re: oppo to PLF 1
                         mot in limine for an ord excluding testimony of def's wit Martin
                         Burchill pursuant to Fed.R.Evid 701 & to exclude documents he prepared
                         (150-1).

  203 -  1   09/08/05    DEF 1-5 Unopposed motion for extension of time until 9/16/05 to file
                         opposition to plaintiff's motion for an order excluding testimony of
                         defendant's expert Mike Jens.

  204 -  1   09/08/05    DEF 1-5 Original Affidavit of R. Young re: oppo to PLF 1 mot for sj
                         dismissing total cost aspects of Dick Pacific/Ghemm JV's clms (151-1).

  205 -  1   09/08/05    DEF 1-5 Original Affidavit of R. Young re: oppo to PLF 1 mot for sj
                         dismissing home office overhead clms (148-1).

  206 -  1   09/08/05    DEF 1-5 Errata to aff of R. Young re: oppo to PLF 1 mot for sj
                         dismissing home office overhead clms (148-1) w/att aff.

  207 -  1   09/08/05    DEF 1-5 Unopposed motion for extension of time until 9/23/05 for defs to
                         file oppos to plf's mots: in limine @ dkt 146, to limit testimony @ dkt
                         147, for SJ re home office overhead clms @ dkt 148, for an ord excluding
                         testimony of Dr. Tide@ dkt 149, in limine for ord excluding testimony of
                         M. Burchill @ dkt 150, for sj re total cost aspects @ dkt 151 and until
                         9/23/05 for plf to file replies to defs' mots: in limine @ dkt 153, to
                         compel disc @ dkt 154, to exclude testimony of S. Schwartz @ dkt 155, to
                         exclude testimony of J. Rosenfeld @ dkt 156, for sj re shop
                         drawing/detailing hours @ dkt 157, for sj for addtl compensation @ dkt
                         158, for sj re damage clms @ dkt 159, for part sj @ dkt 160, for sj re
                         PERT damages @ dkt 161.

  203 -  2   09/09/05    Order granting unoppo mot for ext of time until 9/16/05 to file oppo to
                         plf's mot for ord excluding testimony of def's expert M. Jens (203-1).
                         cc: cnsl

  208 -  1   09/09/05    PLF 1 Notice of filing aff (original) of Young Shin Kim in support of
                         oppo re: DEF 1-5 motion to exclude expert testimony of Stephen C.
                         Schwartz (155-1), affs of Mr. Kim & Mr. Lee in support of oppo to DEF
                         1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor
                         costs (156-1), Hee Young Lee aff in support of oppo re: DEF 1-5 motion
                         for summary judgment as to Poong Lim claims for additional compensation
                         for alleged additional hours by shop labor subcontractors(158-1), both
                         Mr. Kim & Mr. Lee aff in support of oppo re: DEF 1-5 motion for partial
                         summary judgment (160-1) w/att affs.

  209 -  1   09/12/05    DEF 1-5 Amended Unopposed motion for extension of time until 9/23/05 for
                         defendants & plaintiff to file reply briefs to oppositions to the
                         following motions: sj as to pert damages, in limine re: applicable shop
                         drawing review period, to exclude testimony of S. Schwartz, to exclude
                         expert testimony of J. Rosenfeld re: labor costs, sj as to Poong Lim
                         clms for addtl compensation, partial sj, sj as to Poong Lim clms for
                         shop drawing/detailing hours, sj as to Poong Lim's damage clms, to
                         compel disc responses, sj dismissing home office overhead clms, for ord
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                    "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                    For all filing dates

 Document #    Filed      Docket text
```

|  |  |  |
|---|---|---|
|  |  | excluding testimony of def's expert wit Dr. Raymond Tide, to limit testimony of M. Hanrahan, sj dismissing total cost aspects of Dick Pacific/Ghemm JV's clms, in limine precluding DPG from introducing evidence @ trial, in limine for ord excluding testimony of def's wit M. Burchill. |
| 210 - 1 | 09/14/05 | JWS Order granting DEF 1-5 Amended Unopposed mot for ext of time until 9/23/05 for defs & plf to file reply brfs to oppos to the following mots: sj as to pert damages, in limine re: applicable shop drawing review period, to exclude testimony of S. Schwartz, to exclude expert testimony of J. Rosenfeld re: labor costs, sj as to Poong Lim clms for addtl compensation, partial sj, sj as to Poong Lim clms for shop drawing/detailing hours, sj as to Poong Lim's damage clms, to compel disc responses, sj dismissing home office overhead clms, for ord excluding testimony of def's expert wit Dr. Raymond Tide, to limit testimony of M. Hanrahan, sj dismissing total cost aspects of Dick Pacific/Ghemm JV's clms, in limine precluding DPG from introducing evidence @ trial, in limine for ord excluding testimony of def's wit M. Burchill (209-1); terminating in light of this ord: unoppo mot for ext of time until 9/23/05 to file replies (207-1). cc: cnsl |
| 211 - 1 | 09/16/05 | DEF 1-5 opposition to PLF 1 motion for an order excluding the testimony of defendants' expert witness Michael Jens pursuant to Fed.R.Evid. 702, 703 & Daubert (164-1) w/att exh.  (Located in Expando Folder) |
| 212 - 1 | 09/16/05 | PLF 1 reply to opposition to PLF 1 motion to limit testimony of Michael Hanrahan (147-1). |
| 213 - 1 | 09/19/05 | PLF 1 Notice of filing original Affidavit of J. Ho Lee re: oppos to DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1), DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs  (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1) w/att aff. |
| 214 - 1 | 09/20/05 | DEF 1-5 Unopposed motion for extension of time until 9/30/05 to file all reply briefs of plaintiff & defendants. |
| 214 - 2 | 09/20/05 | Order granting unopposed mot for ext of time until 9/30/05 to file for all reply brfs of plf & defs (214-1). cc: cnsl |
| 215 - 1 | 09/22/05 | DEF 1-5 Amended  Aff of svc re: DEF 1-5 Unopposed motion for extension of time until 9/30/05 to file all reply briefs of plaintiff & defendants. (214-1) |
| 216 - 1 | 09/29/05 | DEF 1-5 reply to opposition to DEF 1-5 motion to compel discovery responses (original in folder behind file) (154-1). |
| 217 - 1 | 09/29/05 | DEF 1-5 reply to opposition to DEF 1-5 motion for summary judgment as to PERT damages (161-1). |
| 218 - 1 | 09/30/05 | PLF 1 motion for participation of non-resident attorney, C. Butler w/att aff & exh. |
| 219 - 1 | 09/30/05 | PLF 1 reply to opposition to PLF 1 motion in limine precluding DPG from introducing evidence at trial re: 30(b)(6) depositions (146-1), PLF 1 motion for summary judgment on related claims (146-2) w/att aff & exhs. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                   "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"

                                  For all filing dates


Document #    Filed      Docket text

  220 -  1   09/30/05    PLF 1 reply to opposition to PLF 1 motion in limine for an order
                         excluding the testimony of defendant's witness Martin Burchill pursuant
                         to Fed.R.Evid 701 & to exclude documents he prepared (150-1).

  221 -  1   09/30/05    PLF 1 reply to opposition to PLF 1 motion for an order excluding the
                         testimony of defendant's expert witness Dr. Raymond Tide pursuant to
                         Fed.R.Evid. 702, 703 & Daubert (149-1) w/att affs & exhs.

  222 -  1   09/30/05    PLF 1 reply to opposition to PLF 1 motion for an order excluding the
                         testimony of defendants' expert witness Michael Jens pursuant to
                         Fed.R.Evid. 702, 703 & Daubert (164-1) w/att aff & exhs. (original in
                         folder behind file)

  223 -  1   09/30/05    PLF 1 reply to opposition to PLF 1 motion for summary judgment
                         dismissing home office overhead claims (148-1).

  224 -  1   09/30/05    PLF 1 reply to opposition to PLF 1 motion for summary judgment
                         dismissing total cost aspects of Dick Pacific/Ghemm JV's claims (151-1).

  225 -  1   09/30/05    DEF 1-5 reply to opposition to DEF 1-5 motion for summary judgment as to
                         Poong Lim's damage claims (159-1) w/att aff & exhs.

  226 -  1   09/30/05    DEF 1-5 reply to opposition to DEF 1-5 motion to exclude expert
                         testimony of Stephen C. Schwartz (155-1) w/att aff & exhs.

  227 -  1   09/30/05    DEF 1-5 reply to opposition to DEF 1-5 motion to exclude expert
                         testimony of Jordan Rosenfeld re: labor costs (156-1) w/att aff & exhs.

  228 -  1   09/30/05    DEF 1-5 reply to opposition to DEF 1-5 motion for partial summary
                         judgment (160-1) w/att aff & exh.

  229 -  1   09/30/05    DEF 1-5 reply to opposition to DEF 1-5 motion for summary judgment as to
                         Poong Lim claims for shop drawing/detailing hours as Poong Lim has not
                         incurred damages (157-1).

  230 -  1   09/30/05    DEF 1-5 reply to opposition to DEF 1-5 motion for summary judgment as to
                         Poong Lim claims for additional compensation for alleged additional
                         hours by shop labor subcontractors (158-1) w/att aff & exh.

  231 -  1   09/30/05    DEF 1-5 reply to opposition to DEF 1-5 motion in limine re: applicable
                         shop drawing review period (153-1) w/att aff & exh.

  232 -  1   10/03/05    DEF 1-5 Request for Oral Argument re: PLF 1 motion in limine precluding
                         DPG from introducing evidence at trial re: 30(b)(6) depositions (146-1),
                         PLF 1 motion for summary judgment on related claims (146-2), PLF 1
                         motion to limit testimony of Michael Hanrahan (147-1), PLF 1 motion for
                         summary judgment dismissing home office overhead claims (148-1), PLF 1
                         motion for an order excluding the testimony of defendant's expert
                         witness Dr. Raymond Tide pursuant to Fed.R.Evid. 702, 703 & Daubert
                         (149-1), PLF 1 motion in limine for an order excluding the testimony of
                         defendant's witness Martin Burchill pursuant to Fed.R.Evid 701 & to
                         exclude documents he prepared (150-1), PLF 1 motion for summary judgment
                         dismissing total cost aspects of Dick Pacific/Ghemm JV's claims
                         (151-1), DEF 1-5 motion in limine re: applicable shop drawing review
                         period  (153-1), DEF 1-5 motion to compel discovery responses (154-1),
                         DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz
                         (155-1), DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A03-0290--CV (JWS)
                  "POONG LIM/PERT JV EX REL V DICK PACIFIC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | re: labor costs (156-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for shop drawing/detailing hours as Poong Lim has not incurred damages (157-1), DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1), DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1), DEF 1-5 motion for partial summary judgment (160-1). |
| 233 - 1 | 10/04/05 | RRB Order granting mot for participation of non-resident atty, C. Butler (218-1). cc: cnsl, C. Butler |
| 234 - 1 | 10/04/05 | PLF 1 Request for Oral Argument re: DEF 1-5 motion in limine re: applicable shop drawing review period (153-1). |
| 235 - 1 | 10/04/05 | PLF 1 Request for Oral Argument re: DEF 1-5 motion to exclude expert testimony of Stephen C. Schwartz (155-1). |
| 236 - 1 | 10/04/05 | PLF 1 Request for Oral Argument re: DEF 1-5 motion to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1) |
| 237 - 1 | 10/04/05 | PLF 1 Request for Oral Argument re: DEF 1-5 motion for summary judgment as to Poong Lim claims for shop drawing/detailing hours as Poong Lim has not incurred damages (157-1). |
| 238 - 1 | 10/04/05 | PLF 1 Request for Oral Argument re: DEF 1-5 motion for summary judgment as to Poong Lim claims for additional compensation for alleged additional hours by shop labor subcontractors (158-1). |
| 239 - 1 | 10/04/05 | PLF 1 Request for Oral Argument re: PLF 1 motion for an order excluding the testimony of defendants' expert witness Michael Jens pursuant to Fed.R.Evid. 702, 703 & Daubert (164-1). |
| 240 - 1 | 10/07/05 | DEF 1-5 Errata to rply to Plf's oppo re: DEF 1-5 motion for summary judgment as to Poong Lim's damage claims (159-1). |
| 241 - 1 | 10/18/05 | JWS Minute Order granting/denying mot to limit testimony of M. Hanrahan (147-1). cc: cnsl |
| 242 - 1 | 10/28/05 | JWS Order granting/denying mot to compel disc responses (154-1); plf to provide disc responses required by this ord NLT 11/30/05. cc: cnsl |
| 243 - 1 | 11/10/05 | JWS Order denying motion to exclude expert testimony of Stephen C. Schwartz (155-1).  cc: cnsl |
| 244 - 1 | 11/14/05 | JWS Order denying mot to exclude expert testimony of Jordan Rosenfeld re: labor costs (156-1). cc: cnsl |
| 245 - 1 | 11/22/05 | JWS Order denying motion for summary judgment as to PERT damages (161-1). cc: cnsl |
| 246 - 1 | 11/29/05 | PLF 1; DEF 1 Joint motion for extension of time to provide supplemental responses to requests for production w/att aff. |
| 247 - 1 | 11/30/05 | PLF 1 Notice of compliance w/crt's ord of 10/28/05 as to interrogs. |