FILED
DEC 0 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

POONG LIM/PERT JOINT VENTURE, "Ex Rel."  v.  DICK PACIFIC/GHEMM
                                              JOINT VENTURE, et al.

THE HONORABLE JOHN W. SEDWICK        CASE NO.  A03-0290 CV (JWS)

Deputy Clerk                          Official Recorder

Pam Richter                           _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The joint motion for extension of time until December 7, 2005, filed at docket 246 is **GRANTED** for good cause shown.

DATE: December 5, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A03-0290--CV (JWS)   12-5-05
B. DAVISON
J. HOLDEN (OLES)

249