**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| POONG LIM/PERT JOINT VENTURE, v. "Ex Rel." | DICK PACIFIC/GHEMM JOINT VENTURE, et al. |
| THE HONORABLE JOHN W. SEDWICK | CASE NO.   3:03-cv-00290-JWS |
| Deputy Clerk | Official Recorder |
| Pam Richter | |

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court will hear oral argument on the motions for summary judgment at dockets 157 and 158 on Friday, February 24, 2006, at 9:00 AM in courtroom 3. Each side will have a maximum of 10 minutes on each motion, so the proceeding will last about 40 minutes. Counsel not resident in Anchorage, may participate telephonically.

DATE:  February 15, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]