Bruce E. Davison, ABA 8211111
Joseph A. Pollock, ABA 9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK  99503
Phone:  907-563-6555
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use POONG LIM/PERT JOINT VENTURE, <br><br> Plaintiff, <br><br> v. <br><br> DICK PACIFIC/GHEMM JOINT VENTURE, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE CO. OF HARTFORD, SEABOARD SURETY CO., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Defendants. | Case No. A03-0290 Civ. (JWS) <br><br> **MOTION FOR RECONSIDERATION** |

      COMES NOW defendant Dick Pacific/Ghemm Joint Venture (herein after "DPG"), by and through counsel of record, Davison & Davison, Inc., and hereby respectfully moves the Court pursuant to Local Rule 59.1 for reconsideration of the Court's February 8, 2006, Order dismissing DPG's damages for extended home office overhead found at Docket 252.

      This Motion is accompanied by a memorandum in support.

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

MOTION FOR RECONSIDERATION
Poong Lim v. Dick Pacific, et al.          1
Case No. A03-0290 Civ. (JWS)

DATED at Anchorage, Alaska this 16th day of February 2006.

    DAVISON & DAVISON, INC.
Attorneys for Defendants Continental,
National, Seaboard, St. Paul, and Dick
Pacific/Ghemm, J.V.


By:   /s/ Joseph A. Pollock
    Joseph A. Pollock, ABA 9611070
    DAVISON & DAVISON, INC.
    3351 Arctic Boulevard
    Anchorage, AK  99503
    Phone:  907-563-6555
    Fax:  907-562-7873
    E-mail:  japollock@gci.net

THIS IS TO CERTIFY that on
the 16th day of February 2006 the original
above-referenced document was
filed by electronic delivery to:

U.S. District Court
222 W. 7TH Ave., Room 229
Anchorage, AK  99501

and I hereby certify that on the 16th day of February 2006,
a copy of the foregoing document was served electronically on:

Mr. Traeger Machetanz
OLES MORRISON RINKER & BAKER, LLP
745 W. 4th Avenue, Suite 502
Anchorage, AK 99501


 /s/ Julie Eibeck, Legal Secretary
Certification Signature

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

MOTION FOR RECONSIDERATION
<u>Poong Lim v. Dick Pacific, et al.</u>    2
Case No. A03-0290 Civ. (JWS)