# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*Poong Lim/Pert Joint Venture v. Dick Pacific/Ghemm Joint Venture,* **et al.**

THE HONORABLE JOHN W. SEDWICK                              3:03-cv-290 JWS

PROCEEDINGS:        **ORDER FROM CHAMBERS**              February 24, 2006

    The oral argument presently set for February 24, 2006, at 9 AM is continued to February 24, 2006, at 2:30 PM.