MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Poong Lim/Pert Joint Venture v. Dick Pacific/Ghemm Joint Venture, et al.*

THE HONORABLE JOHN W. SEDWICK         3:03-cv-00290 JWS

PROCEEDINGS:       **ORDER FROM CHAMBERS**         March 6, 2006

The court will hear oral argument on the summary judgment motions at dockets 159 and 160 on Friday, **March 24, 2006**, at **9:00 AM** Alaska time in courtroom three.  Counsel not resident in Anchorage may participate telephonically.

In addition to any other issues they wish to address, the parties should focus on 1) how the court's orders in this case, including but not limited to the order at docket 261, may affect its resolution of the motions at dockets 159 and 160; and 2) the relationship between the motions at dockets 159 and 160.

_____