Traeger Machetanz, Esq.
Julia M. I. Holden, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
907-258-0106

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of POONG LIM/PERT JOINT VENTURE,<br><br>        Plaintiff,<br><br>  vs.<br><br>DICK PACIFIC/GHEMM JOINT VENTURE, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>        Defendants. | Case No. A03-0290 Civil (JWS)<br><br><u>AFFIDAVIT OF CHRISTOPHER B.BUTLER IN SUPPORT OF RESPNSE TO DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION FOR ALLEGED ADDITIONAL HOURS BY SHOP LABOR SUBCONTRACTORS</u><br><br>(DOCKET NO.   ) |

STATE OF WASHINGTON   )
                     ) ss
COUNTY OF KING        )

      Christopher B. Butler, being first duly sworn, deposes and says:

1. I am one of the attorneys representing Poong Lim/Pert Joint Venture ("Poong Lim") and make this Affidavit based upon my personal knowledge.

2. Attached are the following exhibits to Poong Lim's Response to DPG's Opposition to Poong Lim's Motion For Reconsideration of Order Granting Summary Judgment For Alleged Additional Hours by Shop Labor Subcontractors (Docket 267):

Exhibit 1 is a true and correct copy of excerpts from the sworn deposition of Jeong Ho Lee, taken March 23, 2005.

Exhibit 2 is a true and correct copy of the Pass Through Agreement entered into between Poong Lim and Sejin dated April 3, 2006, and the Translator's certification regarding the accuracy of that translation from Korean into English.

Exhibit 3 is a true and correct copy of excerpts from the sworn deposition of Y.S. Kim, Sejin's president taken March 24, 2005.

Exhibit 4 are true and correct copies of excerpts from the depositions of Steven Schwartz, Volumes I and II taken May 25 and 26, 2005.

*Poong Lim v. Dick Pacific, et al.*
Case No. A03-0290 Civil (JWS)
Affidavit of Christopher Butler in Support of
Reply to Defendants' Opposition to Motion for
Reconsideration for Alleged Additional Hours by
Shop Labor Subcontractors -- Page 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

1  Exhibit 5 is a true and correct copy of excerpts from the
2  sworn deposition of Jordan Rosenfeld taken May 31, 2005.
3
4  Further your affiant saith naught.

_____
Christopher B. Butler

SUBSCRIBED AND SWORN to before me this 10th day of April, 2006.



_____
Notary public in and for Washington
Residing at: Seattle
My commission expires: May 7, 2009

F:\CLIENTS\10944\0002\P-CBB Butler AFF In Support ofresponse to Opposition to M motion for reconsideration 109440002.doc

*Poong Lim v. Dick Pacific, et al.*
Case No. A03-0290 Civil (JWS)
Affidavit of Christopher Butler in Support of
Reply to Defendants' Opposition to Motion for
Reconsideration for Alleged Additional Hours by
Shop Labor Subcontractors -- Page 3

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2006, a true and correct copy of the foregoing was served electronically on:

Bruce E. Davison, Esq.
Joseph A. Pollock, Esq.
Davison & Davison, Inc.
bdavison@gci.net
3351 Arctic Boulevard
Anchorage, AK  99503

OLES MORRISON RINKER & BAKER LLP

By: s/Traeger Machetanz

*Poong Lim v. Dick Pacific, et al.*
Case No. A03-0290 Civil (JWS)
Affidavit of Christopher Butler in Support of
Reply to Defendants' Opposition to Motion for
Reconsideration for Alleged Additional Hours by
Shop Labor Subcontractors -- Page 4