서울시 강남구 역삼동 823번지　公證　**法務法人　亞　洲**　　공 증 실 : 02.3016.5240
풍림빌딩 12층　　　　　　　認可　　　　　　　　　　　　팩　　스 : 02.3016.5241
LAW OFFICES OF AJU INTERNATIONAL

[제41호 서식]

등부　2006년　제 00401 호

Registered No.　2006 – 00401

# 인　증　서

## NOTARIAL CERTIFICATE



EXHIBIT　2
Page　1　of　10　Pages

## PASS THROUGH AGREEMENT

WHEREAS Sejin supplied shop drawing services to Poong Lim/Pert Joint Venture (hereinafter "PL") on the Bassett Hospital replacement project (hereinafter "project");

WHEREAS Sejin and PL have project claims which are based on actions and inactions by the project general contractor Dick Pacific/Ghemm Joint Venture ("DPG"); and

WHEREAS Sejin and PL previously agreed orally that PL would pass-through Sejin's project claims against DPG; and

WHEREAS Sejin and PL now wish to enter into a pass-through agreement to memorialize in writing the terms under which those claims will be prosecuted, the parties recognizing that under United States federal law, it would be better to definitize the terms and place them in writing;

NOW, THEREFORE, Sejin and PL agree as follows:

1. Except as stated below, Sejin hereby releases any and all claims, either known or unknown, relating to the project that it may have against PL and its agents, employees, successors, assigns, sureties and/or insurers relating to the project. Except as stated below, PL hereby releases any and all claims, known or unknown, relating to the project that it may have against Sejin and its agents, employees, successors, assigns and/or insurers relating to the project.

2. Both parties desire to jointly pursue claims against DPG and its payment bond sureties (collectively "DPG") on the above project relating to damages incurred by each party as a result of the DPG's acts and omissions, so PL, on its own behalf and on behalf of Sejin, has filed suit against DPG. The parties agree to fully cooperate with each other in pursuit of such claims against DPG.

3. The parties mutually agree that, except as may be recovered from DPG, they will pursue no project claims against each other except as provided below. PL remains liable to

C:\Documents and Settings\삼성\Local Settings\Temporary Internet Files\Content.IE5\2TPARUHS\A-TM-PASS THROUGH AGMT 995440002[1].doc

EXHIBIT 2 Page 2 of 9 Pages

Sejin only to the extent that DPG is liable on claims prosecuted under this agreement. The parties have specifically contemplated the Severin doctrine in making this agreement. This is not a release for purposes of the Severin doctrine, if that doctrine is deemed applicable in any way under Alaska law. The parties agree to look for payment solely to the fund created by DPG. Regardless of whether the fund be created by the settlement, trial or on appeal from any trial, it is the sole source of any funds to be recovered on the claims hereunder.

4. In allocating funds obtained from the DPG between the parties, the parties will first try to obtain a specific segregation of funds in any settlement or trial in this matter. In the event that they are unable to obtain a specific segregation, then the funds will be divided on an equitable basis with PL having the final decision on division, taking into account any amounts paid to DPG or International Steel, and the costs and attorneys feels incurred by PL in prosecuting the claims.

5. PL shall initially bear the attorneys' fees and costs associated with the joint pursuit of this claim, but the fees and costs shall be reallocated between the parties following the trial, based on each party's respective recovery. If any fees and costs are awarded against PL in any trial of this matter, the fees and costs shall be borne by PL.

6. The decision of whether or not to settle project claims shall be at the sole and absolute discretion of PL.

7. This pass through agreement does not extinguish, modify, limit or otherwise affect (a) warranty claims under the prime contract and/or subcontract; and (b) claims for indemnification, apportionment, contribution and the like arising from or related to claims of third parties.

8. The parties hereto acknowledge that they have no claims against the other relating to the project which are not dealt with in this agreement.

EXHIBIT 2
Page 2 of 10 Pages

9. This agreement shall constitute the sole and complete agreement of the parties and shall not be changed, modified or abridged except by written agreement subscribed by the parties hereto.

Dated: 3 APRIL 2006

Sejin

by _강영신_

its _PRESIDENT_

Dated: 3 APRIL 2006

Poong Lim/Pert Joint Venture

by _강정한_

its _EXECUTIVE DIRECTOR_

EXHIBIT 2
Page 4 of 10 Pages

서울 강남구 역삼동 823번지　公證　**法務法人　亞　洲**　대표전화 : 3016-5200
(풍림빌딩 12층)　認可　　　　　　　　　　　　　공 증 실 : 3016-5240
　　　　　　　　　　LAW OFFICE OF AJU INTERNATIONAL　 F A X : 3016-5241

[제42호 서식]

| | |
|---|---|
| 등부 2006년　제 00401호 | Registered No. 2006 - 00401 |
| 인　증 | NOTARIAL CERTIFICATE |
| 위 계약서 ------------ 에 기재된 주식회사 세진설계 대표이사 김영신, 김경환 등은--------------- | Young Shin Kim, President of Sejin and Kyung Hwan Kim, personally appeared before me and admitted their subscription to the attached PASS THROUGH AGREEMENT. |
| 본직의 면전에서 위 사서증서에 자기가 서명한 것임을 자인하였다. | |
| 2006년 04월 03일 | |
| 이 법인사무소에서 위 인증한다. | This is hereby attested on this 03rd day of April, 2006 at this office. |
| 공증인가 법무법인 아 주 | LAW OFFICE OF AJU INTERNATIONAL |
| 서울시 강남구 역삼동 823번지 | 12Fl., Poonglim Bldg, 823 Yeoksam-dong Gangnam-gu, Seoul, Korea |
| *[signature: 유승우]* | *[signature: Yooseungsoo]* |
| 담당변호사 | Attorney-at-law acting as Notary Public |
| 유　승　수 | SEUNG-SOO YOO |
| 본 법인은 법률 제3790호에 의거하여 1994년 11월 7일 법무부 장관으로부터 공증인 업무를 행할 것을 인가받았다. | This Office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public since Nov. 7. 1994 under Act No. 3790. |

EXHIBIT 2
Page 5 of 10 Pages

## CERTIFICATE

The undersigned hereby certify that The English Version of PASS THROUGH AGREEMENT executed between Sejin and Poong Lim has been translated into the Korea Version, as attached hereto, at the best of my knowledge.

I also confirm that both English and Korean Version of the said Agreement has been read to Mr. Kim of Sejin for his full understanding of the whole content of the said Agreement.

Date: 3 April 2006

_Lee Hee Young_
Name of Translator

EXHIBIT 2
Page 6 of 10 Pages

# PASS THROUGH AGREEMENT

Sejin 은 Bassett Hospital replacement 프로젝트 건에 대하여 Poong Lim/Pert JV(이하 "PL") 로 도면 제작 서비스를 제공하였으며,

Sejin 과 PL 은 원청사인 Dick Pacific/Ghemm Joint Venture (이하 "DPG")의 행위와 비행위에 대해 소송을 제기하며,

Sejin 과 PL 은 PL 이 DPG 에 대한 Sejin 의 소송건을 통과시킬 것을 구두상으로 이전 합의하였으며,

Sejin 과 PL 은 이제 소송 제기를 위한 서면 작성에 있어서 PASS THROUGH AGREEMENT 을 맺기를 바라며 본 협약내의 조항에 따라 소송이 진행된다. 당사자들은 미 연방법 하에 PASS THROUGH AGREEMENT 을 인정한다. PASS THROUGH AGREEMENT 내의 조항은 정확히 명시하여 서면작성을 하여야 하기에, Sejin 과 PL 은 다음에 합의한다. :

1.    아래와 같이 언급된 경우를 제외하고, Sejin 은 프로젝트와 관련하여 PL 과 PL 의 중개인, 직원, 승계자, 수탁인, 인수인이나 프로젝트완 관련된 보험자에 대한 어떠한 소송도 제기 하지 않는다. 아래와 같이 언급된 경우를 제외하고, PL 은 프로젝트와 관련하여 Sejin 과 Sejin 의 중개인, 직원, 승계자,

EXHIBIT 2
Page 7 of 10 Pages

수탁인, 인수인이나 프로젝트완 관련된 보험자에 대한 어떠한 소송도 제기 하지 않는다

2. 양 당사자는 DPG 와 지급 보증 담보 에 대해 공동으로 소송 제기 할 것을 희망한다. 이 소송은 본 프로젝트에서 DPG 의 행위와 직무태만으로 인하여 각 당사자가 빚은 손해와 관련한다. 그리하여 PL 은 PL 과 Sejin 을 대표하여, DPG 에 소송을 제기 했다. 당사자들은 DPG 소송을 위해 전적으로 협력할 것에 동의 한다.

3. 당사자들은 DPG 에 의해 손해 배상을 받은 경우를 제외 하고 다음과 같은 사항에 대해 상호간에 동의한다. 아래 언급된 경우를 제외하고는 어떠한 프로젝트와 관련해서도 서로에게 소송을 제기 하지 않는다. PL 은 본 협의 하에 진행된 소송에 대해서 DPG 가 갚아야 할 부채에 대해서만 비용을 지불 할 의무가 있다. 당사자들은 본 협약서 작성에 있어서 특히 Severin Doctrine 을 참고한다. Severin Doctrine 이 Alaska 법에 적용 되더라도 이것은 Severin Doctrine 의 알리기 위함이 아니다. 당사자는 DPG 에 의해 발생된 자금에 관한 비용만을 기대한다. 본 소송과 관련한 어떠한 소송에 의해서 발생된 합의금인지 여부와는 상관없이, 그것은 본 소송에 의거한 배상금이다.

4. DPG 와 당사자사간에 발생된 QLDYD 할당 시, 당사자들은 본 사건과 관련하여 비용 분배를 할 것이다. 비용 분배가 불가능 할 경우에, DPG 와

EXHIBIT 2
Page 8 of 10 Pages

International Steel 에 지급 해야 할 비용과 PL 이 본 소송을 진행하면서 발생된 비용과(변호사 비용 포함)을 고려할 때 자금은 형평법에 근거 하여 PL 이 최종 결정을 한다

5.  PL 은 본 소송 제기를 공동으로 진행하면서 발생된 변호사 비용과 그 외 비용을 감수 해야 한다. 그러나 본 소송에 따라 당사자들 사이에서 이 비용은 다시 분배가 이루어 져야 하며, 비용 분배시 당사자들간의 보상비용에 의거한다. 만약 본 사건에 대에 PL 이 고소를 당한 경우 이에 따라 소요된 어떠한 비용도 PL 은 비용은 다시 발생시킬 수 있다..

6.  본 소송에 대한 합의 여부는 오직 PL 의 결정에 따른다.

7.  본 PASS THROUGH AGREEMENT 는 소멸, 제한 되지 않는다. 그렇지 않으면, 이것은(a) 주계약 또는 하도급 계약에 본 소송, (b) 배상, 분담, 기부와 제 삼자에 의한 소송으로 인해 발생된 것과 관련된 소송에 영향을 미친다..

8.  당사자들은 다른 프로젝트와 관련하여 본 협약과 관련이 없는 소송은 제기 하지 않는다는 것을 숙지 하고 있다.

9. 본 협약서는 당사자들의 동의에 의해 완성된 단 하나의 동의서이며 이 내용은 수정, 변경 또는 압축 되지 않는다. 단지, 당사자들에 의한 서명이 된 경우에는 제외된다.

EXHIBIT 2
Page 9 of 10 Pages

Dated: _____          Sejin

                                by_____

                                its _____


Dated: _____          Poong Lim/Pert Joint Venture

                                by_____

                                its _____

EXHIBIT 2
Page 10 of 10 Pages