Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA for      )
the use of POONG LIM/PERT         )
JOINT VENTURE,                    )
                                  )
         Plaintiff,               )
                                  )
vs                                )
                                  )
DICK PACIFIC/GHEMM JOINT          )
VENTURE, CONTINENTAL CASUALTY     )
COMPANY, NATIONAL FIRE            )
INSURANCE COMPANY OF              )
HARTFORD, SEABOARD SURETY         )
COMPANY, and ST. PAUL FIRE        )
AND MARINE INSURANCE COMPANY,     )
                                  )
         Defendants.              )
                                  )

Case No. A03-0290 Civil (JWS)


DEPOSITION OF DICK PACIFIC/GHEMM JOINT VENTURE

KIM YOUNG SHIN

Taken March 24, 2005
Commencing at 2:00 p.m.


Taken by the Defendants
at
Renaissance Seoul Hotel
Seoul, Korea
676 Yeoksam-dong, Gangnam-gu, Seoul, Korea,135-915


EXHIBIT  3
Page  1  of  4  Pages

70c74052-6bbf-4839-bfb8-4e173709cbf9

Page 2

```
 1         A-P-P-E-A-R-A-N-C-E-S
 2
     For Plaintiff:
 3     OLES, MORRISON, RINKER & BAKER, LLP
       By: Traeger Machetanz
 4     745 W. Fourth Avenue, Suite 502
       Anchorage, Alaska 99501
 5     907-258-0106
 6
     For Defendants:
 7     DAVISON & DAVISON, INC.
       By: Joseph Pollock
 8     3351 Arctic Boulevard
       Anchorage, Alaska 99503
 9     907-363-6555
10        and
11     ERIK D. EIKE
       707 Richards Street
12     Suite 2012
       Honolulu, Hawaii 96813
13     808-537-5950
14   Interpreters:
15     JEONG-W0N HONG
       YEONJOO KANG
16
17   Also Present:
18     SIN DOO KANG
19   Court Reporter:
20     Barbara Blowers
21   BE IT KNOWN that the aforementioned deposition was taken at
22   the time and place duly noted on the title page, before
23   Barbara Blowers, Registered Professional Reporter and
24   Notary Public within and the state of Alaska.
25
```

Page 3

```
 1              I-N-D-E-X
 2
 3                       PAGE
 4   EXAMINATION
 5     BY MR. POLLOCK           4
 6
 7
     EXHIBITS
 8
     353 - Multiple e-mails     38
 9
10
...
25
```

EXHIBIT 3
Page 2 of 4 Pages

Page 4

```
 1   SEOUL, KOREA.        MARCH 24, 2005, 2:00 P.M.
 2
 3         JEONG-WON HONG,
 4   the Korean interpreter was sworn on oath
 5   to interpret English into Korean and
 6   Korean into English.
 7
 8         KIM YOUNG SHIN,
 9    deponent herein, being sworn on oath,
10   was examined and testified as follows:
11
12         EXAMINATION
13
14   BY MR. POLLOCK:
15     Q   Mr. Kim, we've met previously.  My name is
16   Joe Pollock, and I represent the defendants, Dick
17   Pacific/Ghemm and four insurance companies in a
18   lawsuit initiated by Poong Lim/PERT Joint Venture.
19   The lawsuit is pending in the United States District
20   Court for the District of Alaska, located in
21   Anchorage, Alaska.
22         The lawsuit arises out of a construction
23   project known as the Bassett Hospital Replacement
24   Project, located at Fort Wainwright, Alaska.
25         We have asked you to come here today to
```

Page 5

```
 1   provide sworn, under-oath testimony concerning this
 2   litigation.
 3         The testimony that you will provide in this
 4   deposition today, may be used in the litigation
 5   pending in Anchorage, Alaska.
 6         I will be asking you a series of questions,
 7   and if for some reason you do not understand any
 8   question, please let me know, and I will try to
 9   rephrase it in a manner so that you can understand it.
10   It is particularly important, given that we are
11   translating the questions into Korean.
12         During the course of the deposition,
13   Mr. Machetanz may have occasion to make objections,
14   and he will do that for the record.  But unless he
15   instructs you otherwise, you can go ahead and answer
16   the question if he objects.
17         And we've been taking breaks about once an
18   hour or so, but in the event that you need to take a
19   break before then, just let us know, and we will take
20   a break.
21         Would you state your name for the record?
22     A   His name is Kim Young Shin.  Family name Kim,
23   K-i-m, and first name is Young Y-o-u-n-g, Shin,
24   S-h-i-n.
25     Q   Mr. Kim, have you had your deposition taken
```

**Page 6**

1  before?
2  A  No.
3  Q  Are you represented by an attorney today?
4  A  Yes.
5  Q  Mr. Machetanz?
6  A  Yes.
7  Q  Outside of discussions with Mr. Machetanz or
8  Mr. Butler, have you had any discussions with anyone
9  about this deposition before you came here today?
10  A  No.
11  Q  Mr. Kim, do you speak English?
12  A  No, almost not.
13  Q  I don't speak any Korean.
14     Mr. Kim, do you read English?
15  A  No.
16  Q  Mr. Kim, were you involved in matters
17  concerning the Bassett Hospital Project?
18  A  He did.
19  Q  Who is your current employer?
20  A  He's currently working for Se Jin
21  Engineering.
22  Q  What is your position with Se Jin?
23  A  He is a representative.
24  Q  Are you a corporate officer of Se Jin?
25  A  Yes.

**Page 7**

1  Q  What is your corporate position?
2  A  Representative president of the company.
3  Q  Are you a shareholder or owner of Se Jin?
4  A  He's the owner of Se Jin Engineering.
5  Q  Do you own the entire company?
6  A  Practically owns the entire company, but in
7  order to meet the registration requirement we have
8  some registered executives.
9  Q  What percentage of the company do you own?
10  A  Sixty percent under his name.
11  Q  Who are the other owners of Se Jin besides
12  yourself?
13  A  His wife and son.
14  Q  Anyone else?
15  A  And two relatives.
16  Q  Does Poong Lim in any way have any ownership
17  interest in Se Jin?
18  A  You mean ownership in trust?
19  Q  Yes.
20  A  Poong Lim does not have any executive
21  interests in Se Jin.
22  Q  Are any of the Poong Lim officers, employees
23  or shareholders owners of Se Jin?
24  A  No.
25  Q  So Se Jin and Poong Lim are separate

**Page 8**

1  companies?
2  A  Separate and independent.
3  Q  Okay.
4     Mr. Kim, what was your involvement with the
5  Bassett Project?
6  A  He took the leading role in regards to the
7  Bassett Project and if a drawing is prepared, he
8  reviewed the drawing.
9  Q  Did Se Jin have a contract with Poong Lim for
10  the Bassett Project?
11  A  Yes.
12  Q  Was that contract in writing?
13  A  Yes.
14  Q  When was that contract first entered into?
15  A  He does not remember the specific date, but
16  actual activities upon the orders of Poong Lim started
17  in the middle of February, 2002.
18  Q  What was the scope or what were the
19  obligations that Se Jin assumed as a result of the
20  contract existing between Poong Lim and Se Jin?
21  A  The first order stipulated that Se Jin would
22  provide the shop drawings of structural steel with
23  regard to the Bassett Project.
24  Q  How much was the value of this contract?
25  A  After the original contract was signed, he

**Page 9**

1  made two changes to the contract. But what he
2  remembers in terms of the contract of the original
3  contract was 280 million Korean won.
4     Which is approximately $280,000.
5  Q  In this original contract, did Se Jin
6  obligate itself to provide all the shop drawings for
7  structural steel that Poong Lim had obligated itself
8  to provide to Dick Pacific?
9  A  He's not quite sure what the shop drawing of
10  the structural steel means, but what he says is the
11  original contract included the shop drawings of the
12  structural steel that Poong Lim is to provide to Dick
13  Pacific.
14  Q  You mentioned two changes to the contract.
15     What do you recall the two changes to the
16  contract being?
17  A  The first change was to add the stair related
18  part to the contract.
19     And second contract change was to add the
20  exterior wall support.
21  Q  Does he recall the value of the change orders
22  for those two respective changes?
23  A  He does not remember the specific amount for
24  each change. But what he remembers is the final
25  contract value which was 326 million Korean won.

Case No. A03-0290 Civil (JWS)                                      Kim Young Shin

Page 10

1  Q   And has Poong Lim paid Se Jin the entire
2  amount of its contract, including change orders?
3  A   Yes.
4  Q   Did Poong Lim assert any claims against Se
5  Jin arising out of the Bassett Project?
6  A   No, not directly yet.
7  Q   What about indirectly?
8  A   What he means is that he heard over the phone
9  from Poong Lim that the contract party claim of the
10 drawings, but he didn't receive that type of claim
11 from Poong Lim directly.
12 Q   Can you repeat that answer?
13     THE INTERPRETER: When he had a phone call
14 with a Poong Lim person, then during the phone
15 conversation he heard that some claims were raised by
16 the other party. But Poong Lim did not raise this
17 type of claims again Se Jin.
18 BY MR. POLLOCK:
19 Q   So referring to claims raised by Dick Pacific
20 against Poong Lim?
21 A   Yes. Because Dick Pacific is the only party
22 from which Poong Lim will receive claims.
23 Q   Does Poong Lim promise to pay Se Jin any
24 money as a result of the outcome of the litigation
25 between Poong Lim and Dick Pacific?

Page 11

1  A   Yes.
2  Q   What is your understanding concerning any
3  agreements or arrangements with Poong Lim regarding
4  the outcome of the litigation between Poong Lim and
5  Dick Pacific?
6  A   Can you elaborate more on your question?
7  Q   Has Poong Lim promised to pay Se Jin money in
8  the future if it recovers from Dick Pacific?
9  A   Poong Lim didn't say a specific amount, but
10 what Poong Lim did say is that because Se Jin, some
11 manhours are spent on the project, they will make some
12 payments after the litigation.
13 Q   Has Poong Lim promised to pay any specific
14 amount to Se Jin?
15 A   Not a specific amount.
16 Q   After the Bassett Project, did Se Jin and
17 Poong Lim contract on any other projects?
18 A   After the Bassett Project, Poong Lim Industry
19 stopped fabricating structural steel product.
20     So, no, currently Poong Lim is working on
21 steel bridges only.
22 Q   What type of services does Se Jin Engineering
23 provide?
24 A   He's not quite sure what services means?
25 Businesses you mean?

Page 12

1  Q   Is Se Jin strictly an engineering company or
2  does it provide construction services?
3  A   It's solely an engineering company.
4  Q   Does Se Jin have a particular focus, say
5  mechanical, electrical, structural, geotechnical?
6      What specialty does Se Jin have?
7  A   Se Jin is a structural company, so prepares
8  the shop drawings and also the base drawings for the
9  shop drawings.
10 Q   Does Se Jin provide architectural services?
11 A   When you say architectural services, does
12 that mean preparing architectural drawings?
13 Q   Yes.
14 A   No.
15 Q   Does Se Jin do any civil engineering?
16 A   No. What they focus on is only the
17 structural steel related area.
18 Q   What were the dollar values of Se Jin's gross
19 sales for 2002 and 2003?
20 A   In 2002, what he remembers is that the sales
21 were ranged from 700 billion to -- 700 million to
22 750 million won and in 2003 the sales were
23 approximately 800 million Korean won.
24 Q   Which would be 800,000?2?
25     THE INTERPRETER: Approximately.

Page 13

1  BY MR. POLLOCK:
2  Q   How many licensed professional engineers does
3  Se Jin currently have on staff?
4  A   You mean certified PE's?
5  Q   Yes.
6  A   We have two PE's and also the employees of Se
7  Jin has some other types of certifications.
8  Q   Did Se Jin have two PE's on staff in 2002 and
9  2003?
10 A   From what he remembers, we had more PE's than
11 now.
12 Q   During 2002 and 2003, does he have a
13 recollection of the number of employees that Se Jin
14 employed?
15 A   On average, we have 20 employees, around.
16 Q   So for 2002, would the Bassett Project have
17 comprised about 50 percent of your workload?
18 A   More than 50 percent.
19 Q   How about 2003, approximately what percentage
20 of his firm's resources were devoted to the Bassett
21 Project in 2003?
22 A   What he can say is that the members who
23 worked on the Bassett Project in 2002 continued to do
24 their work on Bassett Project until April. And the
25 number of exact persons may change either plus or by

EXHIBIT 3
Page 4 of 4 Pages

4 (Pages 10 to 13)