# JORDAN ROSENFELD

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA for the
use of POONG LIM/PERT JOINT VENTURE,

     Plaintiff,

vs.

DICK PACIFIC/GHEMM JOINT VENTURE,
CONTINTENTAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE CO. OF
HARTFORD, SEABOARD SURETY CO.,
and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

     Defendants.

_____/
Case No. A03-0290 Civil


DEPOSITION OF JORDAN ROSENFELD

Pages 1 - 126, inclusive

Tuesday, May 31, 2005, 9:35 A.M.



Taken by Counsel for Defendants

at

Law Offices of Oles, Morrison, Rinker & Baker, LLP

745 W. Fourth Avenue, Suite 502

Anchorage, Alaska




EXHIBIT ⊆
Page 1 of 4 Pages

JORDAN ROSENFELD

Page 2

```
1          A-P-P-E-A-R-A-N-C-E-S
2   For Plaintiff:
3   LAW OFFICES OF OLES, MORRISON, RINKER & BAKER, LLP
4   By:  Julia M. I. Holden, Esq.
5   745 West Fourth Avenue, Suite 502
6   Anchorage, AK 99501
7   907/258-0106
8
9   For Defendants:
10  LAW OFFICES OF DAVISON & DAVISON
11  By:  Joseph A. Pollock, Esq.
12  3351 Arctic Boulevard
13  Anchorage, AK 99503
14  907/563-6555
15
16  Also Present:
17  Michael R. Hanrahan
18
    Reported by:
19
    Angela Peronto, CSR, RMR
20
    Summit Court Reporting, LLC
21
22
23
24
25
```

Page 4

```
1
2   Anchorage, Alaska, Tuesday, 5/31/05, 9:35 A.M.
3        JORDAN ROSENFELD,
4   deponent herein, being sworn on oath by Angela
5   Peronto, was examined and testified as follows:
6              EXAMINATION
7   BY MR. POLLOCK:
8       Q.   Mr. Rosenfeld, we met before the
9   deposition.  My name is Joe Pollock.  I'm an
10  attorney for Dick Pacific/Ghemm joint venture and
11  the four Miller Act sureties in the Poong Lim/Pert
12  case.
13         Today is the day that has been
14  scheduled for your deposition surrounding the expert
15  report that you've prepared in this case.
16         Have you had your deposition taken
17  before?
18      A.   Yes, I have.
19      Q.   How many times?
20      A.   About 25, maybe 30 times.
21      Q.   And of those depositions, how many were
22  in the furtherance of providing expert testimony?
23      A.   Most of them, probably all but one or
24  two.
25      Q.   So you're familiar with the process, as
```

Page 3

```
1            I-N-D-E-X
2   EXAMINATION BY:              PAGE
3   Mr. Pollock          4
4
5
6
7
            E-X-H-I-B-I-T-S
8
    NUMBER                    PAGE
9
    537   Rosenfeld Expert Opinion Report 6
10
    538   Jens Expert Report Rebuttal    7
11
    539   Handwritten Notes        15
12
    540   Sutor Consulting Invoices    24
13
    541   Bassett Hospital "ABC" Contract 51
14        Cost List
15  542   Poong Lim/Seijin Agreement    80
16  543   Profit Markup Summary      94
17  544   Bassett Hospital Project     94
          Replacement Spreadsheet
18
    545   Non-Consolidated Financial   105
19        Statements/Excerpt
20  546   Monthy Structural Steel     111
          Payroll Summary
21
    547   Status of Manhour Analysis   114
22
    548   Manhour by Trade        117
23
    549   12-11-04 Letter to Gun Lee    118
24        from Jordan Rosenfeld
25
```

Page 5

```
1   far as how a deposition works?
2       A.   Yes.
3       Q.   Okay.  I'll be asking you a series of
4   questions.  You're under oath, and the testimony you
5   provided today can be used in the litigation that's
6   pending here in federal district court.
7          If you don't understand a question that
8   I ask, please just let me know, and I'll rephrase
9   the question.  But it's important that you
10  understand the question.
11         We're also trying to prepare a written
12  transcript of your verbal testimony today.  So it's
13  important that you answer yes or no as opposed to
14  uh-huh or huh-uh, that we might in casual
15  conversation.
16         It's also important that you allow me
17  to complete my question before you answer so that
18  the transcript is clear as to who is talking at a
19  given time.
20         Those are the basic ground rules.
21  We'll take a series of breaks.  I think we're
22  scheduled for a three-hour deposition today.  I
23  think we'll take a break every 45 minutes to an
24  hour.  But for whatever reason, if you need to take
25  a break, let me know, and we'll take a break.
```

EXHIBIT ___5___
Page ___2___ of ___4___ Pages

SUMMIT COURT REPORTING 907/264-6776

5435028e-1249-4e3e-b3b1-42ec21b50d77

## JORDAN ROSENFELD

Page 74

1  to the original contract, taking the difference, and
2  saying that's your damages?
3      Q.   Yes.
4      A.   For the subcontractors.  That -- yes.
5      Q.   That would be a total cost analysis in
6  your view?
7      A.   Yes.
8      Q.   Okay.
9          So I guess my question again is what
10  damages did Poong Lim suffer if it paid its
11  subcontract laborers on a unit-price-per-ton basis?
12  What damages did Poong Lim suffer for that work?
13      MS. HOLDEN:  Objection, assumes facts
14  not in evidence.
15      THE WITNESS:  Yeah, I guess I can't
16  answer the question.  Because obviously if it was
17  just on a unit-price-per-ton and the tons were the
18  same, the subcontract amounts wouldn't have gone up.
19  And it's obvious from the schedule, they did go up.
20  So I just -- I don't see any basis for your
21  question.
22  BY MR. POLLOCK:
23      Q.   You have no reason -- you have no
24  understanding of why the contract amounts went up;
25  correct?

Page 75

1      A.   Correct.
2      Q.   And you're not sure whether the
3  subcontract laborers were paid -- companies were
4  paid on a unit-price-per-ton basis; correct?
5      A.   Correct.
6      Q.   Assuming that they were paid on a
7  unit-price-per-ton basis, and that Poong Lim paid
8  them the unit price for the work that they
9  performed, what, if any, damages, in your view,
10  would Poong Lim have suffered as a result -- what,
11  if any, damages would Poong Lim have suffered?
12      A.   Again, they suffered for the extra
13  costs they incurred paying the subcontractors.  And they did
14  however they arrived at that amount.  And they did
15  incur extra costs.
16      Q.   And you would agree that the -- what
17  would be the Sejin hourly rate?  How did you arrive
18  at the Sejin hourly rate?
19      A.   Well, in the report the Sejin hourly
20  rate determines the cost per ton -- I mean, the
21  hours per ton and then multiplies that times the
22  budgeted hours.
23          This is one of the items that has been
24  changed in the schedules, the new schedules we've
25  given you.  It has a different estimated hours.  It

Page 76

1  is now about 17,000 hours.  So the rate has been
2  reduced.
3      Q.   Why did the number change?
4      A.   Based on new information I received
5  from Mr. Schwartz as to what the original estimate
6  of the hours was for the detailing.
7      Q.   Did you -- so for, if you start up on
8  the top, you took the Sejin subcontract amount of
9  325,000 wons; correct?
10      A.   Correct.
11      Q.   And the contract tonnage.  And those
12  items were -- those numbers were derived from the
13  Sejin subcontract?
14      A.   Yes.
15      Q.   And the estimated hours of 14,000 hours
16  changing to 17,000 hours, where did that number come
17  from?
18      A.   The 14,000 or the 17?
19      Q.   Either one.
20      A.   The 14,000 came from a schedule that
21  was provided by Poong Lim, a summary they had.  The
22  17,000, as I said, was a schedule I received from
23  Mr. Schwartz.
24      Q.   Did you ever discuss with anyone from
25  Sejin their estimate relative to the hours that they

Page 77

1  planned to expend in detailing the project?
2      A.   I didn't, because Mr. Schwartz was
3  having that discussion with him.
4      Q.   Did you -- what was your understanding
5  with talking to Mr. Schwartz regarding Sejin's
6  estimate of detailing hours?
7      A.   I can't recall at this point.  I think
8  when he provided me the schedule, he went through
9  that schedule so he could give me -- tell me what
10  the hours were for the original estimate of the
11  detailing.
12      Q.   Was that schedule --
13      A.   I --
14      Q.   I'm sorry.  Go ahead.
15      A.   Other than that, I can't remember what
16  else we discussed.
17      Q.   Was that schedule contained in
18  Mr. Schwartz's report?
19      A.   I don't believe it was.  I can't say.
20  I can't remember everything that was in his report.
21      Q.   Did you ever review a Sejin estimate
22  for the work --
23      A.   No.
24      Q.   -- for the detailing?
25      A.   No.

EXHIBIT    5
Page    3    of    4

JORDAN ROSENFELD

Page 78

1    Q.    So in -- is it accurate that in the
2  14,000- or the 17,000-hour figure, those hours came
3  exclusively from -- were either provided to you by
4  Mr. Schwartz or by Poong Lim; is that correct?
5    A.    Correct.
6    Q.    Did you perform any independent
7  investigation to determine the reasonableness of
8  those estimated hours?
9    A.    No.
10    Q.    Is your answer the same as to the
11  estimated tonnage, the 4,422?
12    A.    Well, the tonnage is right off of the
13  contract. So that could be verified, though the
14  tonnage doesn't figure into my revised calculation
15  at all.
16    Q.    And the estimate hours per ton, is that
17  a mathematical function?
18    A.    Yes.
19    Q.    Based on which two numbers?
20    A.    That would be the 14,000 hours divided
21  by the 4400 tons.
22    Q.    And the contract hours, where did that
23  number come from?
24    A.    That would be the $3.20 hours per ton
25  times 4,499 tons.

Page 79

1    Q.    Mr. Rosenfeld, we've handed you what
2  has been identified as Exhibit --
3    A.    527.
4    Q.    527 to this series of depositions.
5  Have you seen this report before?
6    A.    I have not seen this whole binder
7  before.
8    Q.    What do you believe this report is?
9    A.    It's Mr. Schwartz's expert report.
10    Q.    Can you please take a look at Exhibit
11  20, please. Have you seen Exhibit 20 before?
12    A.    Yes.
13    Q.    What do you believe Exhibit 20 to be?
14    A.    It's a detailing manhour summary.
15    Q.    Did you say you'd seen this before?
16    A.    Yes.
17    Q.    The estimated detailing labor hours are
18  identified as 21,000 and change; correct?
19    A.    Yes.
20    Q.    But your estimate hours in your report
21  are approximately 14,000 and change; correct?
22    A.    That's in my initial report, yes.
23    Q.    Do you have an explanation of the
24  discrepancies between those two numbers?
25    A.    Well, part of the 21,000 is for items

Page 80

1  not included in the 325-million-won contract amount.
2    Q.    Which items are those?
3    A.    The items that are not or are in
4  included? Well, let's -- the ones that are included
5  would be the first two items for 7,000 hours, 9500
6  hours, and the last item of 500 hours. The other
7  three are not.
8    Q.    Steel stairs, exterior wall supports,
9  and erection aids, it's your understanding that
10  those amounts are not included in the 325,000?
11    A.    Yes.
12    Q.    Are you aware of any other
13  discrepancies that would --
14    A.    No.
15    Q.    -- justify the difference between the
16  two numbers?
17    A.    No.
18          (Exhibit 542 marked.)
19  BY MR. POLLOCK:
20    Q.    Mr. Rosenfeld, we've handed you what
21  has been identified as Exhibit 542 to your
22  deposition. Have you seen this document before?
23    A.    Yes.
24    Q.    And what is this document?
25    A.    This is the agreement between Poong Lim

Page 81

1  and Sejin.
2    Q.    And, in looking through this sequence
3  of documents, does this lead you to conclude that
4  exterior wall supports, stairs, steel stairs, and
5  erection aids are or are not included in the
6  $325,000 number?
7    A.    I don't know.
8    Q.    If the estimated hours -- if, in
9  looking at your report on page 3 and your cost per
10  hour for Sejin, if the estimated hours were higher,
11  what would the effect of that be on the contract
12  rate -- contract dollar per hour?
13    A.    That would lower the rate.
14    Q.    And how much did Sejin get paid? Do
15  you know?
16    A.    I don't know the answer to that
17  offhand.
18    Q.    Take a look at your gross profit
19  analysis sheet attached to your report, item 766,
20  outsourcing design. Do you see that number?
21    A.    Yes.
22    Q.    Do you think that the category,
23  outsourcing design, No. 766, with a total of 311,000
24  through 2003, do you believe that that is the amount
25  that Poong Lim paid to Sejin for detailing?

EXHIBIT    5

Page    4    of    4    SUMMIT COURT REPORTING 907/264-6776

5435028e-1249-4e3e-b3b1-42ec21b50d77