MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Poong Lim/Pert Joint Venture v. Dick Pacific/Ghemm Joint Venture*

THE HONORABLE JOHN W. SEDWICK               CASE NO. 3:03-cv-290 JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**                April 14, 2006

     At oral argument on March 24, 2006, counsel for the parties indicated the parties would be engaging in mediation on April 18, 2006. By **Tuesday**, **April 25**, **2006**, the parties shall file a joint status report advising of the outcome.

_____