Bruce E. Davison, ABA 8211111
Joseph A. Pollock, ABA 9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK 99501
Phone: 907-563-6555
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use POONG LIM/PERT JOINT VENTURE,<br><br>    Plaintiff,<br><br>v.<br><br>DICK PACIFIC/GHEMM JOINT VENTURE, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE CO. OF HARTFORD, SEABOARD SURETY CO., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Defendants. | **JOINT STATUS REPORT**<br><br>Case No. A03-0290 Civ. (JWS) |

      COMES NOW defendant Dick Pacific/Ghemm, JV (herein DPG), by and through counsel of record, and after conferring with counsel for Poong Lim/Pert Joint Venture (Poong Lim), herein responds to the Court's April 14, 2006, Order located at Docket 271 by filing this joint status report concerning mediation. DPG, Poong Lim and International Steel (not a party to this action) engaged in mediation with Randall W. Wulff in Oakland, California on April 18, 2006. No settlement was reached as of the conclusion of the mediation session; however, the

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

JOINT STATUS REPORT
Poong Lim v. Dick Pacific, et al.    1
Case No. A03-0290 Civ. (JWS)

mediator presented to all parties his recommendation as to the appropriate terms of settlement. All parties have until close of business (Pacific Daylight Time) on April 25, 2006, to confidentially communicate to the mediator their acceptance or rejection of that recommendation, without counteroffer or continued negotiation. The mediator will then advise all parties whether a settlement has been reached or not, and we will advise the Court once this is known.

DATED at Anchorage, Alaska this 25th day of April 2006.

By: /s/ Joseph A. Pollock
Joseph A. Pollock, ABA 9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK 99503
Phone: 907-563-6555
Fax: 907-562-7873
E-mail: japollock@gci.net

THIS IS TO CERTIFY that on
the 25th day of April 2006, the original
above-referenced document was
electronically filed on:

Office of the Clerk
U.S. District Court
222 W. 7th Ave., Room 229
Anchorage, AK 99513

and I hereby certify that on the 25th day of April 2006,
a copy of the foregoing document was served electronically on

Mr. Traeger Machetanz
OLES MORRISON RINKER & BAKER, LLP
745 W. Fourth Ave., Suite 502
Anchorage, AK 99501

/s/ Julie Eibeck, Legal Secretary
Certification Signature

LAW OFFICE OF
DAVISON & DAVISON, INC.
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

JOINT STATUS REPORT
Poong Lim v. Dick Pacific, et al.          2
Case No. A03-0290 Civ. (JWS)