# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*Poong Lim/Pert Joint Venture v. Dick Pacific/Ghemm Joint Venture*

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | CASE NO. 3:03-cv-00290 JWS |
| PROCEEDINGS:     **ORDER FROM CHAMBERS** | May 2, 2006 |

Pursuant to the order at docket 271 and after conferring with Poong Lim/Pert Joint Venture ("Poong Lim"), Dick Pacific/Ghemm Joint Venture ("DPG") filed a status report at docket 272 describing the outcome of the parties' mediation on April 18, 2006. That report indicates although no settlement was reached at the mediation, the mediator recommended settlement terms and gave the parties until close of business on Tuesday, April 25, 2006, to tell him, confidentially, whether they accept or reject those terms. The report also discloses the parties' intent to notify the court as soon as they hear from the mediator about their acceptance or rejection of his proposed settlement terms. To date, the court has not received that notification. Consequently, the parties are **ORDERED** to file a joint status report by **Tuesday**, **May 9**, **2006**, advising the court of any further developments in the mediation process.

_____