Traeger Machetanz, Esq.
J. Craig Rusk, Esq.
Julia M. I. Holden, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
907-258-0106

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of POONG LIM/PERT JOINT VENTURE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DICK PACIFIC/GHEMM JOINT VENTURE, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 3:03-cv-290-JWS<br><br>**JOINT STATUS REPORT** |

Comes now use plaintiff, Poong Lim/Pert Joint Venture (herein Poong Lim), by and through counsel of record, and after conferring with counsel for Dick Pacific/Ghemm Joint Venture (herein DPG), responds to this Court's May 2, 2006, Order located at docket #273 by filing this joint status report concerning the outcome of mediation.

The mediator, Mr. Wolff, advised us that all parties did not accept the mediator's recommended terms of settlement and therefore, no settlement was reached. As to how the case proceeds from here, the parties' respective positions are as follows.

Poong Lim certifies the case is ready for trial pursuant to D. Ak. LR 40.3(a)(1) once this court rules upon the motion for reconsideration at Docket No. 157 and requests this court set a scheduling conference to establish the trial date and pre-trial deadlines.

DPG requests the court, prior to certifying the case for trial, (a) schedule a settlement conference and (b) schedule a status conference to explore any outstanding issues which need to be addressed or resolved.

Dated:  May 9, 2006            OLES MORRISON RINKER & BAKER LLP
                               Attorneys for Plaintiff

                               By: s/
                                   Traeger Machetanz
                                   machetanz@oles.com
                                   Alaska Bar No. 8411127
                                   J. Craig Rusk
                                   rusk@oles.com
                                   Washington Bar No. 15872
                                   Julia M. I. Holden
                                   holden@oles.com
                                   Alaska Bar No. 0310046
                                   745 West 4th Avenue, Suite 502

*Poong Lim v. Dick Pacific, et al.*
Case No. 3:03-cv-290-JWS
 -- Page 2

```
                                        Anchorage, AK 99501
                                        Phone: (907) 258-0106
                                        Fax:   (907) 258-5519


Dated:  May 9, 2006      DAVISON & DAVISON, INC.
                                   Attorney for Defendant

                                   By: s/_____
                                       Joseph A. Pollock, ABA 9611070
                                       3351 Arctic Boulevard
                                       Anchorage, Alaska 99503
                                       Phone: (907) 563-6555
                                       Fax:   (907) 562-7873
                                       Email: japollock@gci.net
```

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2006, a true and correct copy of the foregoing was electronically filed on:

Office of the Clerk
U.S. District Court
222 W. 7th Ave., Room 229
Anchorage, Alaska 99513

And hereby certify that on May 9th, 2006, a copy of the foregoing document was served electronically on:

Bruce E. Davison, Esq.
Joseph A. Pollock, Esq.
Davison & Davison, Inc.
bdavison@gci.net
3351 Arctic Boulevard
Anchorage, AK  99503

OLES MORRISON RINKER & BAKER LLP

By: s/_____

*Poong Lim v. Dick Pacific, et al.*
Case No. 3:03-cv-290-JWS
 -- Page 3

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519