Bruce E. Davison, ABA 8211111
Joseph A. Pollock, ABA 9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK 99503
Phone: 907-563-6555
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use POONG LIM/PERT JOINT VENTURE, <br><br>Plaintiff, <br><br>v. <br><br>DICK PACIFIC/GHEMM JOINT VENTURE, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE CO. OF HARTFORD, SEABOARD SURETY CO., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br>Defendants. | **NOTICE OF ATTORNEY PARTICIPATION** <br><br>Case No. A03-0290 Civ. (JWS) |

COME NOW defendants Dick Pacific/Ghemm Joint Venture, Continental Casualty Co., National Fire Insurance Co. of Hartford, Seaboard Surety Co., and St. Paul Fire and Marine Insurance Co. ("defendants"), by and through their attorney of record, Davison & Davison, Inc., and hereby advises this court that Erik D. Eike, Alaska Bar Association number 0211061, whose address is 707

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

NOTICE OF ATTORNEY PARTICIPATION
Poong Lim v. Dick Pacific, et al.          1
Case No. A03-0290 Civ. (JWS)

Richards Street, Suite 201 Honolulu, HI 96813, will be actively participating in the upcoming trial in conjunction with the undersigned law firm. Mr. Eike is a resident of Hawaii and is currently licensed and in good standing to practice law in the State of Alaska.

DATED at Anchorage, Alaska this 21st day of June 2006.

        DAVISON & DAVISON, INC.
        Attorneys for Defendants

By: /s/ Joseph A. Pollock
    Joseph A. Pollock, ABA 9611070
    DAVISON & DAVISON, INC.
    3351 Arctic Boulevard
    Anchorage, AK 99503
    Phone: 907-563-6555
    Fax: 907-562-7873
    E-mail: japollock@gci.net

THIS IS TO CERTIFY that on the 21st day of June 2006 the original Notice of Attorney Participation was electronically filed on:

U.S. District Court
222 W. 7TH Ave., Room 229
Anchorage, AK 99501

and I hereby certify that on the 21st day of June 2006, a copy of the foregoing document was served electronically on:

Mr. Traeger Machetanz
OLES MORRISON RINKER & BAKER, LLP
745 W. 4th Avenue, Suite 502
Anchorage, AK 99501

/s/ Teela L. Cravey, Paralegal
Certification Signature

NOTICE OF ATTORNEY PARTICIPATION
Poong Lim v. Dick Pacific, et al.     2
Case No. A03-0290 Civ. (JWS)

LAW OFFICE OF
DAVISON & DAVISON, INC.
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873