Traeger Machetanz, Esq.
J. Craig Rusk, Esq.
Julia M. I. Holden, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
907-258-0106

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of POONG LIM/PERT JOINT VENTURE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DICK PACIFIC/GHEMM JOINT VENTURE, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 3:03-cv-290-JWS |

<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff and defendants, by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party bearing its costs and attorney's fees.

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

| | |
|---|---|
| Dated: August 25, 2006 | OLES MORRISON RINKER & BAKER LLP<br>Attorneys for Plaintiff<br><br>By: s/Traeger Machetanz<br>    Traeger Machetanz<br>    machetanz@oles.com<br>    Alaska Bar No. 8411127<br>    J. Craig Rusk<br>    rusk@oles.com<br>    Washington Bar No. 15872<br>    Julia M. I. Holden<br>    holden@oles.com<br>    Alaska Bar No. 0310046<br>    745 West 4th Avenue, Suite 502<br>    Anchorage, AK 99501<br>    Phone: (907) 258-0106<br>    Fax:   (907) 258-5519 |
| Dated: August 25, 2006 | DAVISON & DAVISON, INC.<br>Attorneys for Defendants<br><br>By: s/Joseph A. Pollock (Consent)<br>    Joseph A. Pollock<br>    japollock@gci.net<br>    3351 Arctic Boulevard<br>    Anchorage, AK 99503<br>    Phone: 907-563-6555<br>    Fax: 907-562-7873 |

P-TM 136 STIP dismissal 082406 109440002

*Poong Lim v. Dick Pacific, et al.*
Case No. 3:03-cv-290-JWS
Stipulation for Dismissal with Prejudice -- Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2006, a true and correct copy of the foregoing was served electronically on:

Bruce E. Davison, Esq.
Joseph A. Pollock, Esq.
Davison & Davison, Inc.
bdavison@gci.net
3351 Arctic Boulevard
Anchorage, AK  99503

OLES MORRISON RINKER & BAKER LLP

By: s/Traeger Machetanz

*Poong Lim v. Dick Pacific, et al.*
Case No. 3:03-cv-290-JWS
Stipulation for Dismissal with Prejudice -- Page 3 of 3